1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   WALLACE H. KLEINDIENST
3  MARY SUE FELDMEIER
   Assistant U.S. Attorneys
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone: 520-620-7300
6  Wallace.Kleindienst@usdoj.gov
   Mary.Sue.Feldmeier@usdoj.gov
7  Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

2015 SEP 23  P 4: 19

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 15-1723 TUC (RCC) (DTF) |
| Plaintiff, | **VICTIM CASE** |
| vs. | INDICTMENT |
| Lonnie Ray Swartz, | |
| Defendant. | Violation: 18 U.S.C. § 1111(a) & (b) (Second Degree Murder) |

**THE GRAND JURY CHARGES:**

On or about October 10, 2012, at the International Border Fence, on West International Street, Nogales, in the District of Arizona, within the special maritime and territorial jurisdiction of the United States, and elsewhere, the defendant, LONNIE RAY SWARTZ, did with malice aforethought, and while armed with a P2000 semi-automatic pistol, unlawfully kill J.A.E.R.

All in violation of Title 18, United States Code, Sections 1111(a) and (b).

A TRUE BILL

/S/
_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

SEP 23 2015

/S/
_____
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE