IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Lonnie Ray Swartz,<br><br>　　　　　　Defendant. | CR No. 15-1723-TUC-RCC(DTF)<br><br>**ORDER** |

THIS MATTER having come before the Court on the government's Unopposed Motion For A Protective Order, and good and just cause appearing therein, it is therefore,

ORDERED that the defendant and defendant's counsel shall not disclose to any third party any material provided to defendant by the government as disclosure in this case, and it is further,

ORDERED that the defendant and defendant's counsel may make disclosure of said material to a third party which is reasonably necessary to prepare a defense for trial, and it is further,

ORDERED that this order shall remain in effect until further order of the Court.

So ordered on this _____ day of _____, 2015.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Raner C. Collins
　　　　　　　　　　　　　　　　　　　　Chief Judge, United States District Court