IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 15-1723-TUC-RCC(DTF) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Lonnie Ray Swartz, | ) | |
| Defendant. | ) | |

Upon motion of defendant and there being no objection, IT IS ORDERED defendant's conditions of release are amended allowing him to travel to California from December 12, 2015 through December 17, 2015 to visit with family.

IT IS FURTHER ORDERED defendant contact Pretrial Services prior to December 12, 2015 and after his return on December 18, 2015, no later than 9:00 a.m.

All other conditions of release remain in full force and effect.

DATED this 8th day of December, 2015.

D. Thomas Ferraro
United States Magistrate Judge