# INDEX of EXHIBITS

| | |
|---|---|
| Reference Sketch of Area of Interest re this Motion (not to scale) | A |
| 35 Stat. 2136, Roosevelt Proclamation (1907) | B |
| BLM Title Pages re: Recordation of Roosevelt Reservation in Arizona | C |
| 30 Stat. 1765, McKinley Proclamation (1897) | D |
| BLM record of Roosevelt Proclamation in CDI Index | E |
| BLM 1900 Original Survey of T24S R14E | F |
| BLM 1902 Original Survey of T24S R14E | G |
| BLM Master Plat for T24S R14E | H |
| BLM Supplemental Master Plat for T24S R14E | I |
| BLM Historical Index for T24S R14E | J |
| BLM Land Patent Details for Overton and Deliman Patents re US Reservation | K |
| Santa Cruz County Recorder 1981 Deliman Deed | L |
| US Army Corps of Engineers 2013 Survey of Area of Interest | M |
| 4 Stat. 420, Pre-emption Act (May 29, 1830) | N |
| 5 Stat. 453, Pre-emption Act (Sep. 4, 1841) | O |