# Exhibit A

# Reference Sketch of Areas of Interest re this Motion

# (NOT TO SCALE)

# EXHIBIT A

| | | Nogales | Townsite | | | |
|---|---|---|---|---|---|---|
| | Section 18 (west half) | Section 18 (east half) | Section 17 (west half) | Section 17 (east half) | | Section 16 |
| | | | | 2 \| 1 | 4 \| 3 | 2 \| 1 |
| ← Roosevelt → | 60' x 2-mile strip first reserved under McKinley | | | | ← Roosevelt → | |
| | Section 19 | | Section 20 | | Section 21 | |

- - - - - - -   International Border

☐   2-mile long McKinley Reservation

*North of the International Boundary, only segments of Sections 19, 20 and 21 exist. They are small areas of land, marked as numbered "lots."