IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 15-01723-TUC-RCC (DTF) |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| Lonnie Ray Swartz, | |
| Defendant. | |

On motion of the United States of America, there being no objection by defense counsel, and good cause having been shown,

IT IS ORDERED that the government's motion to extend time (doc. 99) to file a response to the defendant's Daubert motion (doc. 94) is granted, and that the government shall file its response on or before Monday, April 10, 2017.

Dated this 4th day of April, 2017.

_____
Raner C. Collins
Chief United States District Judge