ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
wallace.kleindienst@usdoj.gov
mary.sue.feldmeier@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 15-01723-TUC-RCC (DTF) |
|---|---|
| Plaintiff, | |
| vs. | NOTICE RE GOVERNMENT'S MOTION FOR LEAVE TO CALL REBUTTAL WITNESS RE DAUBERT HEARING |
| Lonnie Ray Swartz, | |
| Defendant. | (Objection) |

The United States of America, by and through its undersigned attorneys, hereby gives notice that its rebuttal witness, Special Agent in Charge Chad M. Steel, Department of Homeland Security Office of Inspector General, will be available to present rebuttal testimony on Friday, June 30, 2017, at 1:00 p.m., and in support states as follows:

1. As outlined in the government's motion for leave to call a rebuttal forensic video examiner witness, doc. 192, the government seeks to call the witness to explain the accuracy of the compression algorithm used to process the videos in this case, and rebut the defendant's expert's claim that the data on the videos is false, falsified or erroneous.

2. Defense objects to the motion for leave, and this morning advised undersigned counsel that they are unavailable to have a continued hearing on this matter until the end of July 2017. The government is concerned that if the hearing is continued until the end of July, a motion to continue trial may follow. The government is ready to

try this case in October, and does not want anything to stand in the way of expeditious resolution of pending motions.

3. The government understands that this Court has set aside the entire day on June 30, 2017, to address matters in this case. Accordingly, upon receiving notice of the potential scheduling conflict for most of the month of July, undersigned counsel immediately contacted the expert witness, who is based in Washington D.C., and he booked a flight for the early morning of June 30, 2017 (tomorrow). He is scheduled to arrive at the Tucson International Airport by 10:00 a.m. June 30, 2017. In an abundance of caution due to possible flight or traffic delays, the government can have him at the courthouse by 1:00 p.m. to testify.

4. SAC Steel is the rebuttal witness the government obtained after hearing the testimony of defense expert Grant Fredericks on June 22, 2017. In the midst of Mr. Fredericks' testimony, after the lunch break, the government made a record of the lack of notice they received regarding Mr. Fredericks' exhibits, and some of his opinions, and that the government reserved the right to call an expert in rebuttal. The government also reserved the right at the end of the hearing to call additional witnesses.

5. The government has provided defense with a copy of SAC Steel's resume, and a letter disclosing what he relied on, and his opinions. Exhibit A, attached.

6. Defense counsel has been informed of this notice and leave to call the witness and they object.

Wherefore, the United States of America respectfully requests that this Court grant the government leave to call SAC Steel as a witness on June 30, 2017, at 1:00 p.m.

Respectfully submitted this 28th day of June, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/Mary Sue Feldmeier*

MARY SUE FELDMEIER
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 28th day of June, 2017, to:

Sean C. Chapman, Esq.
Jim Calle, Esq.
Amy Krauss, Esq.