**Sean C. Chapman**
**Law Offices of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant *Swartz*
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR15-1723 TUC RCC(DTF) |
| ) | |
| Plaintiff, ) | **SEVENTH MOTION TO** |
| ) | **CONTINUE TRIAL** |
| v. ) | |
| ) | |
| Lonnie Ray Swartz, ) | |
| ) | |
| Defendant. ) | |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

The defendant, through undersigned counsel, moves to continue the trial in this matter from its currently scheduled date, October 12, 2017 to October 24, 2017 for the reasons that follow.

Defense counsel will be finishing a 2-3 week trial the week shortly before October 12, 2017. The parties have agreed to propose starting the trial with jury selection on Tuesday, October 24, 2017.

Assistant United States Attorney Mary Sue Feldmeier has indicated she has NO OBJECTION to this trial continuance.

Respectfully submitted this 4th day of August, 2017

        LAW OFFICES OF SEAN CHAPMAN, P.C.

        BY:   /S/ Sean C. Chapman
                    Sean Chapman
                    Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 4, 2017, caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Wallace H. Kleindienst
Mary Sue Feldmeier
Wallace.Kleindienst@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
US Attorneys Office – Tucson, AZ
405 W. Congress, Suite 4800
Tucson, AZ 85701-4050

Serena Lara