**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Raner C. Collins | **Date:** August 10, 2017 |
| **USA v. Lonnie Ray Swartz** | **Case Number:** CR-15-01723-001-TUC-RCC (DTF) |

**Assistant U.S. Attorney:** Wallace Heath Kleindienst
**Attorney for Defendant:** Sean Christopher Chapman, Retained
**Deputy Clerk:** Martha Hernandez
**Court Reporter**: Erica McQuillen
**Interpreter:** N/A
**Defendant:**  ☐ Present  ☒ Presence Waived  ☒ Released  ☐ Custody  ☐ Summons

**MOTION HEARING: (Day 5)**
At 1:30 p.m. court convenes.

Victim's family is present and assisted by Spanish interpreter Sandy Frady,

Government witness, Chad Steel, is seated and previously sworn. Jaime Calle begins cross examine. Exhibit 230- admitted.
2:05 p.m. – Court addresses the witness.
2:10 p.m. – Redirect by Sue Feldmeier
2:19 p.m.  – Witness excused

Counsel presents oral argument as to Motion (Doc. 94) to Exclude Expert.

**IT IS ORDERED** defendant's *Motion* (Doc. 94) *to Exclude Expert* is taken under advisement. A formal order shall follow.
**IT IS FURTHER ORDERED**: that (Doc. 211) Order is to be **UNSEALED**.
**IT IS FURTHER ORDERED**: that defendant's Motion to Continue Trial (Doc. 208) is granted. Trial is set for **Tuesday, October 24th , 2017 at 9:30 a.m .** before this court. Plea deadline is 10/06/2017. Speedy trial is waived. Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on 10/12/2017 and end on 10/24/2017.

Counsel shall meet in chambers on Friday 8/18/2017 at 1:00 p.m. to discuss juror questionnaire.

At 3:25 p.m. proceeding is adjourned

**MTN HRG   55 min**
**Start:  1:30 p.m.**
**Stop:   3:25 p.m.**