# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CRIMINAL EXHIBIT LIST

☑ Motion to Suppress ☐ Non-Jury Trial ☐ Jury Trial

LODGED / RECEIVED / COPY

AUG 10 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Case Number CR- 15-01723       Judge Code _____   Date 6/19/17-
         Year Case No. Deft No.

USA v. **Swartz Lonnie Ray**
       Last     First    Middle

☐ Government          ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 200 | | | Statement of Work and Related Emails |
| 201 | | | Picture of DVR |
| 202 | | | Digatron invoice |
| 203 | | 6/19/17 | Tavernetti 10/11/15 Email to Gary Weaver |
| 204 | | | Gary Weaver Email to AUSA Regarding Status of the DVR |
| 205 | | | Transcript of James Tavernetti Video Report |
| 206 | | | Tavernetti 10/15/15 Email to AUSA |
| 207 | | | SWEGDE Training Guidelines for Video Analysis, Image Analysis and Photography |
| 208 | | 6/22/17 | Pixel Size Limitations.pdf |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☑ Motion to Suppress   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number CR- 15-01723                       Judge Code _____   Date _____
              Year Case No. Deft No.

USA v. Swartz Lonnie Ray
       Last       First      Middle

☐ Government                                    ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 209 | | 6/22/17 | Tavernetti Pixel Question.pdf |
| 210 | | 6/22/17 | Infrared Cam 6 Macroblock Analysis Side by Side.mov |
| 211 | | 6/22/17 | Cam 4 Rock Throwing Macroblock side by side.mov |
| 212 | | 6/22/17 | rock throwing macroblock analysis_.mov |
| 213 | | 6/22/17 | Camera24_20121010_2300-2400_i-frame.avi |
| 214 | | 6/22/17 | 231257 jump_clock continues.mov |
| 215 | | 6/22/17 | 231545_jump_clock continues.mov |
| 216 | | 6/22/17 | 231545_Macroblock.mov |
| 217 | | | MSF_2015_10_11 Tavernetti re quality of video copy_Redacted.pdf |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CRIMINAL EXHIBIT LIST

☑ Motion to Suppress   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number CR- 15-01723-TUC-RCC    Judge Code _____  Date _____
                Year Case No. Deft No.

USA v. Swartz, Lonnie Ray
       Last     First     Middle

☐ Government                    ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 218 | | | MSF_Gary Weaver Conversation with Jim Tavernetti.pdf |
| 219 | | | Weaver told him the original data was deleted.mp4 |
| 220 | | | IR Camera.bmp |
| 221 | | | ERT 1.avi |
| 222 | | 6/22/17 | IR Shimmer.mp4 |
| 223 | | 6/22/17 | IR Shimmer.pdf |
| 224 | | 6/22/17 | IR Clip.mp4 |
| 225 | | 6/22/17 | Common Intermediate Format.pdf |
| 226 | | 6/22/17 | Tavernetti Feet Clarity Question |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CRIMINAL EXHIBIT LIST

☑ Motion to Suppress  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number CR- 15-01723-TUC-RCC       Judge Code _____   Date _____
               Year Case No. Deft No.

USA v. **Swartz, Lonnie Ray**
         Last       First       Middle

☐ Government                              ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 227 | | | Thermal Infrared 3D Demonstrative.mp4 |
| 228 | | 6/22/17 | CV for Grant Fredericks |
| 229 | | 6/22/17 | Tavernetti Feet Margin of Error Clearly visible |
| 230 | | 8/10/17 | CV for Chad Steel |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |