ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
Wallace H. Kleindienst
Mary Sue Feldmeier
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: wallace.kleindienst@usdoj.gov
mary.sue.feldmeier@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Lonnie Swartz,<br><br>　　　　　　　Defendant. | CR-15-01723-TUC-RCC (DTF)<br><br>GOVERNMENT'S ADDITIONAL PROPOSED QUESTIONS TO BE INCLUDED IN JURY QUESTIONNAIRE |

COMES NOW the United States of America, by and through its undersigned counsel, and hereby submits an approved questionnaire and its additional proposed questions to be included in a jury questionnaire in this case.

On May 30, 2017, the Court ordered (Sealed Order Doc. 154) the following questions as being appropriate questions for a questionnaire:

**Introduction**

The Defendant, who is a Border Patrol Agent, is charged with Second Degree Murder. On October 10, 2012, the defendant fired his weapon through the International Border Fence on West International Street (near the DeConcini Port of Entry of Nogales, Arizona), shooting to death Jose Antonio Elena Rodriquez, a Mexican citizen, who was on the opposite side of the Fence in Nogales, Sonora, Mexico. The shooting incident occurred

during an incident involving individuals in Mexico, who climbed over the Fence into the United States, carrying bundles containing marijuana.

**Government Questions:**

1. Do you recall hearing or reading anything about this shooting?

    a) If so, please state in detail how you learned about this case and what you know about it?

    b) If so, is there anything that you have heard or read about this case that would make it difficult for you to be a fair and impartial juror in this case? Please explain.

    c) If so, have you formed any opinions about the defendant's guilt or innocence? Please explain.

2. Do you have any personal knowledge about this shooting? If so, please explain.

3. Have you ever lived and/or worked, on or near the International Border with Mexico, including Nogales, Arizona? If so, please explain.

4. Have you or a family member ever worked in local, state or federal law enforcement, including Customs and Border Protection, Border Patrol, and Immigration and Customs Enforcement? If so, please explain.

5. Have you or a family member ever advocated for, individually or as a member of a group or organization, greater security along the International Border with Mexico to prevent illegal immigration and/or the smuggling of illegal drugs? If so, please explain.

6. Have you or a family member ever supported and/or belonged to a group or organization that provides a physical presence along the International Border with Mexico to assist law enforcement in stopping illegal immigration and/or the smuggling of illegal drugs? If so, please explain.

7. Because there will be evidence in this case that marijuana was illegally brought into the United States, are there any issues with drug addiction or abuse that would affect you if you are a juror in this case that you would like to bring to the Court and the parties in a confidential setting?

2

8. Is there anything about the charge, the facts and issues involved in this case, that you have learned from this questionnaire, which you believe would make it difficult for you to be a fair and impartial juror to both the government and the defendant? If so, please explain.

**Swartz' Questions:**

1. Juror Name: _____   Juror Number: _____

2. Place of Birth: _____

3. What is your current occupational status? (Check all that apply.)
   - Work full-time outside the home  _____
   - Work part-time outside the home  _____
   - Full-time homemaker  _____
   - Unemployed  _____
   - Student  _____
   - Retired  _____
   - Disabled  _____
   - Other  _____

4. What is the highest level of education you have completed?
   - High School  _____
   - Bachelor Degree  _____
   - Masters  _____
   - Doctorate  _____

5. Please state your marital status:
   - Married  _____
   - Single  _____
   - Divorced  _____
   - Widowed  _____

6. What is your annual household income?
   - Less than $25,000  _____
   - Less than $25,000-$70,000  _____
   - Less than $70,000-100,000  _____
   - Over $100,000  _____

7. Please list any organizations to which you or your spouse or domestic partner belongs or in which either of you participate, either now or in the past five years:

Self:_____

Spouse/domestic partner:_____

8. Do you belong to any of the following groups or organizations?
   - Border Action Network
   - Coalición de Derechos Humanos
   - American Civil Liberties Union
   - Amnesty International
   - Any other groups which either actively support or oppose Immigration of other individuals to this country. If so, identify the organization here: _____

   a) If you circled any of the above organizations, have you held any office or title in any of the organizations you circled above: Yes_____ No_____
   b) Have you participated in any fund raisers or activities related to border issues or illegal immigration or drug smuggling activities along the border: Yes_____ No_____
   c) If YES, please describe the activities you have participated in: _____ _____

9. How often do you read a newspaper?    What newspapers?
                                          _____

   Every day                    _____
   Several times a week         _____
   Once/twice a week            _____
   Less often than once a week  _____
   Never                        _____

10. How often do you watch TV News?    What stations and programs?
                                       _____

4

Every day                             _____
Several times a week                  _____
Once/twice a week                     _____
Less often than once a week           _____
Never                                 _____

11.   How often do you listen to Radio News? What stations?

_____

Every day                             _____
Several times a week                  _____
Once/twice a week                     _____
Less often than once a week           _____
Never                                 _____

12.   How often do you get News off the Internet?     What sites?

_____

Every day                             _____
Several times a week                  _____
Once/twice a week                     _____
Less often than once a week           _____
Never                                 _____

13.   Have you participated in or watched any marches, rallies, demonstrations or protests about border issues, the Border Patrol, or incidents that have occurred along the Border?

Yes_____   No_____

If YES, please describe any events you have participated in or watched:_____

_____

14.   Have you written or called any elected or appointed government official to express your opinion about illegal immigration or drug smuggling, the border patrol or other related issues?      Yes_____   No_____

If YES, please describe:_____

5

_____

15. Have you written or called any newspaper, magazine, television program or website to express your opinion about illegal immigration, drug smuggling, the border patrol or other related issues?   Yes_____   No_____

    If YES, please describe:_____

    _____

16. Have border crossings, drug smuggling, or illegal immigration issues been discussed in your religious groups or church services, or other groups?   Yes_____   No_____

    If YES, please describe what was discussed:_____

    _____

17. Have you performed any internet searches regarding the following people or topics (circle all that apply):

    - Lonnie Swartz
    - Border Patrol Shootings
    - Illegal Immigration
    - Minute Men
    - Border Action Network
    - Humanitarian Aid on the U.S.-Mexico Border

    If you circled any of the above topics, please explain what you saw or read, and nay opinions you hold as a result of these topics:_____

    _____

    _____

18. Have you read any articles on the Internet regarding this case?
    Yes_____   No_____

    If YES, please indicate any and all articles and when you read it:_____

_____

_____

If YES, did you form an opinion about this case as a result of reading the article?

    Yes_____   No_____

If YES, to the previous question, please explain your opinion:_____

_____

_____

19. Is there anything that you know about the nature of the charges in this case that would affect your ability to fairly evaluate the evidence regarding whether or not the government has proven the guilt of the defendants beyond a reasonable doubt?

    Yes_____   No_____   Unsure_____

If YES, please explain:_____

_____

_____

20. Do you know of any reason whatsoever why you cannot sit as a juror in this case and decide it fairly and impartially according to the law?

    Yes_____   No_____   Unsure_____

Please explain:_____

_____

_____

**Government's Proposed Additional Questions to be Included in the Questionnaire:**

1. Have you ever received training in the use of firearms?  If so, please explain.
2. If you worked in a law enforcement capacity or served in the military, did you ever discharge your firearm while in the line of duty?

7

3.    Would you not find the Defendant guilty even if the government proved its case beyond a reasonable doubt because the Defendant was on duty as a law enforcement officer at the time he committed the offense?

4.    Do you believe that law enforcement is legally entitled to use whatever force necessary, even if not legally justified, to protect the International Border with Mexico?

Respectfully submitted this 15th day of August, 2017.

                              ELIZABETH A. STRANGE
                              Acting United States Attorney
                              District of Arizona

                              *s/ Wallace H. Kleindienst*

                              Wallace H. Kleindienst
                              Mary Sue Feldmeier
                              Assistant U.S. Attorney

Copy of the foregoing served via electronically or by other means this 15th day of August, 2017, to:

Sean C. Chapman, Esq.
Jim Calle, Esq.