## DISTRICT JUDGE'S MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON

**U.S. District Judge:** Raner C. Collins    **Date:** October 23, 2017

**USA v. Lonnie Ray Swartz**    **Case Number:** CR-15-01723-001-TUC-RCC (DTF)

**Assistant U.S. Attorney:** Mary Sue Feldmeier
**Attorney for Defendant:** Sean Chapman and Jaime Calle, Retained
**Deputy Clerk:** Sherry Gammon
**Court Reporter:** Erica McQuillen
**Interpreter:** Sandy Frady (for victim's family)
**Defendant:**   ☐ Present   ☒ Present       ☒ Released       ☐ Custody  ☐ Summons

**MOTION HEARING:**

Matter comes before the Court on defendant's Motion for Sanctions (*Brady* Violation) and Motion to Recuse the United States Attorney's Office for the District of Arizona (Doc. 239).

The motion is argued by Mr. Chapman and Ms. Feldmeier.

The Court takes the motion UNDER ADVISEMENT.

The Motion to Exceed Page Limit Re: Motion for Sanctions and Motion to Recuse United States Attorney's Office (Doc. 240) filed by the defendant is MOOT.

**Motion Hearing: 29 minutes**
**Start:  2:00 p.m.**
**Stop:   2:29 p.m.**