IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 15-1723-TUC-RCC (DTF) |
|---|---|
| Plaintiff, | ORDER |
| vs. | UNDER SEAL |
| Lonnie Ray Swartz, | |
| Defendant. | |

The Court has taken Under Advisement the Motion for Disclosure (Doc. 263) filed by the Defendant and the Motion in Limine to Preclude Evidence of Defendant's Army Service and Personnel Records (Doc. 272).

**IT IS ORDERED GRANTING** the Motion for Disclosure (Doc. 263), filed by the defendant, so the defendant knows specifically what measurements and items Mr. Tavernetti used in composing his exhibit. The defense will not further disclose these materials to anyone not connected to the defense team and will not use the disclosure in any fashion other than for use in this trial.

**IT IS FURTHER ORDERED GRANTING** the Motion to Preclude Evidence of the Defendant's Army Service and Personnel Records (Doc. 272) filed by the defendant. The Court finds the records are more than ten years old and that the argument that the defendant fully disclosed can be made in good faith. Therefore, the Court will not permit the defendant to be cross examined on the issue of his military record. In regard to the personnel issue, Mr. Kleindienst has agreed to point out the fifteen or so documents he

intends to use. If there is an issue with their use, counsel shall inform the Court.

Dated this 1st day of February, 2018.

                                                Raner C. Collins
                                      Chief United States District Judge