ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Wallace H. Kleindienst
AZ State Bar No. 012506
Mary Sue Feldmeier
AZ State Bar No. 030266
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Wallace.kleindienst@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 15-01723-TUC-RCC(DTF) |
|---|---|
| Plaintiff, | GOVERNMENT'S SUPPLEMENT TO THE RECORD REGARDING GOVERNMENT'S RESPONSE TO MOTION FOR SANCTIONS (BRADY VIOLATION) AND MOTION TO RECUSE *(CORRECTED)* |
| vs. | |
| Lonnie Ray Swartz, | |
| Defendant. | |

COMES NOW the United States of America, by and through its undersigned counsel, and hereby respectfully supplements the record regarding the Government's Response to Motion for Sanctions (*Brady* Violation) and Motion to Recuse [Doc. 251], as follows.

1.      The Defendant filed a Motion for Sanctions (*Brady* Violation) and Motion to Recuse the United States Attorney's Office for the District of Arizona (Motion) on September 11, 2017.  [Doc. 239.]  The main premise of Defendant's Motion was that the government committed a Brady violation by not disclosing, until August 16, 2017, notes from AUSA Karen Rolley taken during a meeting in Nogales, Arizona on August 19, 2014, with the Mexican Pathologists, who performed the autopsy of J.A.E.R.  Defendant claimed that it was only in the disclosure of those notes that he learned for the first time that the pathologists opined that the fatal head wound was the first wound sustained by J.A.E.R.

2.     The government filed its Response to that Motion for Sanctions (*Brady* Violation) and Motion to Recuse (Response) on September 22, 2017.  [Doc. 251.]

3.     The Court issued an Order on January 23, 2018, denying defendant's Motion but indicated that it was troubled by the delay in the disclosure of the pathologists' opinions.  [Doc. 276.]

4.     When the government filed its Response, we inadvertently overlooked the fact that disclosure of that opinion had been made much earlier to the defense then claimed in their Motion.

5.     By disclosure dated December 29, 2015, less than five months after the Indictment, the Government provided defense counsel with a document identified as Bates Numbered 6323.  (*See*, Exhibit A, 12/29/15 letter from AUSA Wallace H. Kleindienst to Sean Christopher Chapman, Esq.)

6.     Document Bates Numbered 6323 is a three page FBI Electronic Communication Memo dated September 17, 2014, entitled "Case Status Meeting with DHS-OIG on 09/11/2014."  That Memo is a summary of a conversation between FBI Agents Elizabeth Carroll, Tyler Evenson, and DHS-OIG Agent Sarah Arrasmith, wherein Agent Arrasmith recounts the August 19, 2014, meeting with the Mexican officials in Nogales, Sonora.  Page three (3) of the FBI Memo contains the following statement by Agent Arrasmith:  "*Based on their investigation to date, Mexican officials believe that the first round fired by SWARTZ killed RODRIGUEZ.*"  (Bates No. 6325.)  A redacted copy of the Memo containing this excerpt is attached hereto as Exhibit B.  This disclosure came more than a year and half before the disclosure of AUSA Rolley's notes.

Respectfully submitted on this 8th day of February, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ Wallace H. Kleindienst*

Wallace H. Kleindienst
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means on this 8th day of February, 2018, to:

Sean C. Chapman, Esq.
Jim Calle, Esq.

*U.S. v. Lonnie R. Swartz*

Government's Supplement To Government's Response To Motion For Sanctions
(Brady Violation) And Motion To Recuse

# EXHIBIT "A"



**U.S. Department of Justice**

*United States Attorney*
*District of Arizona*

_____

Direct Dial 520-620-7578
Wallace.kleindienst@usdoj.gov

*Evo A. DeConcini Federal Courthouse*
*405 West Congress Street, Suite 4800  (520) 620-7300*
*Tucson, Arizona 85701*

December 29, 2015

Sean Christopher Chapman, Esq.
LAW OFFICE OF SEAN C CHAPMAN PC
100 North Stone Ave., Ste. 701
Tucson, AZ  85701

      Re:   *U.S. v. Lonnie Swartz*
              CR 15-01723-TUC-RCC (DTF)
              First Supplemental Disclosure

Dear Sean:

      Enclosed is the Government's First Supplemental Disclosure under its continuing duty of disclosure pursuant to Fed. R. Crim. P. 16(c) regarding the referenced matter. As with the initial disclosure, the enclosed supplemental materials are subject to the protective order entered by the Court (Docs. 11-12). The First Supplemental Disclosure materials are contained in seven (7) disks, and identified as follows:

### Four (4) disks of documents identified by the following Bates Numbers:
- Bates Nos. 5038-5543
- Bates Nos. 5544-6095
- Bates Nos. 6096-6660
- Bates Nos. 6661-6670

### Additional three (3) disks identified as follows:
- Dispatch Recording 10/10/12 (Marco Gonzalez)
- Documents/Photographs Provided by PGR on November 13, 2014
- 07/17/13 Nogales Sonora Photographs

Please feel free to contact me should you have any questions.

              Very truly yours,

              Wallace H. Kleindienst
              Assistant U.S. Attorney

/rap
Enclosures

*U.S. v. Lonnie R. Swartz*

Government's Supplement To Government's Response To Motion For Sanctions (Brady Violation) And Motion To Recuse

# EXHIBIT "B"

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Case Status Meeting with DHS-OIG on 09/11/2014     **Date:** 09/17/2014

**From:** PHOENIX

    **Contact:** Elizabeth Goodman Carroll, █████████

**Approved By:** SSA BROWN JAMES D III

**Drafted By:** Elizabeth Goodman Carroll
            EVENSON TYLER KRISTIAN

**Case ID #:** ███████████     (U) LONNIE SWARTZ, UNITED STATES BORDER
PATROL AGENT-SUBJECT;
JOSE ANTONIO ELENA RODRIGUEZ-VICTIM,
NOGALES, SONORA MEXICO;
COLOR OF LAW-FORCE AND/OR VIOLENCE;
SENSITIVE INVESTIGATIVE MATTER
SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** (U) To submit to the case file a summary of case status meeting with DHS-OIG on 09/11/2014.

**Full Investigation Initiated:** 10/17/2012

**Enclosure(s):** Enclosed are the following items:
1. (U) Notes

**Details:**

On 09/11/2014, Special Agent (SA) Elizabeth Carroll and SA Tyler Evenson met with Department of Homeland Security (DHS) Office of Inspector General (OIG) Supervisory Special Agent (SSA) Sarah Arrasmith at the FBI Tucson Resident Agency (RA), ████████████████████ Tucson, AZ 85745. SSA Arrasmith provided the following information regarding the status of captioned investigation:

In August of 2014, SSA Arrasmith traveled to Mexico with Assistant United States Attorney (AUSA) Karen Rolley and AUSA Wallace Kleindienst

UNCLASSIFIED

**Sean C. Chapman, Esq.**
**Gov's Supp Discl.**
                                               **6323**

Title: (U) Case Status Meeting with DHS-OIG on 09/11/2014
Re: ██████████████ 09/17/2014

in order to visit the location where JOSE ANTONIO ELENA RODRIGUEZ was
shot, and to meet with various Mexican officials regarding the status
of the investigation. Various investigative techniques were performed
at the site of RODRIGUEZ' death, to include a 3-D scan of the location,
measurements, and swabs to detect lead. The aforementioned
investigative techniques will be used by the United States Attorney's
Office (USAO) in an attempt to reconstruct the scene on the night
RODRIGUEZ died.



**Sean C. Chapman, Esq.**
**Gov's Supp Discl.**

**6324**

Title:  (U) Case Status Meeting with DHS-OIG on 09/11/2014
Re: ███████████████ 09/17/2014


███████████████████████████████ Based on their
investigation to date, Mexican officials believe that the first round
fired by SWARTZ killed RODRIGUEZ. ████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

◆◆

**Sean C. Chapman, Esq.**
**Gov's Supp Discl.**

**6325**