**Sean C. Chapman**
Sean@seanchapmanlaw.com
**Law Office of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088

**Jim E. Calle**
jimcalle@mac.com
**Law Office of Jim E. Calle, P.C.**
2185 West Magee Road, Suite 125
Tucson, Arizona 85719
Telephone: (520) 293-6121
Fax: (520) 308-4781
Arizona State Bar No. 014985

Attorneys for Defendant *Swartz*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR15-1723 TUC RCC(DTF) |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION TO** |
| | ) | **COMPEL DISCLOSURE** |
| v. | ) | |
| | ) | |
| Lonnie Ray Swartz, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, by and through undersigned counsel, hereby moves this Court for its order compelling the Government to comply with this Court's Order (Doc. 296) granting Defendant's Motion for Disclosure (Doc. 263). In its motion, Defendant

requested the .Max files and accompanying folders for work produced by Government Expert James Tavernetti. This Court granted Defendant's request, directed that Defendant not disclosure the .Max files and accompanying folders to anyone outside of the defense team and directed that the disclosed files be used only for trial purposes. The Government has now indicated it does not intend to comply with the Court's order. In light of the trial's proximity and Defendant's need for time to analyze the requested files, Defendant is requesting an immediate hearing.

Respectfully submitted this 12nd day of February, 2018

LAW OFFICE OF JIM E. CALLE, P.C.

BY:   /S/ Jim Calle
      Jim Calle
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 12, 2018, caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Wallace H. Kleindienst
Mary Sue Feldmeier
Wallace.Kleindienst@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
US Attorneys Office – Tucson, AZ
405 W. Congress, Suite 4800
Tucson, AZ 85701-4050

Serena Lara