**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Raner C. Collins | **Date:** February 26, 2018 |
| **USA v. Lonnie Ray Swartz** | **Case Number:** CR-15-01723-001-TUC-RCC (DTF) |

Assistant U.S. Attorney:  Wallace Kleindienst and Jonathan Granoff
Attorney for Defendant:    Sean Chapman and Jaime Calle, Retained
Deputy Clerk: Sherry Gammon
Court Reporter: Aaron LaDuke

Interpreter: Sandy Frady assists victim's family

Defendant:   ☐ Present   ☒ Presence Waived   ☒ Released   ☐ Custody   ☐ Summons   ☐ Writ

**STATUS HEARING:**
Matter comes before the Court to address outstanding pretrial motions.

Defense sealed Motion to Reconsider Denial of Motion for Witness Deposition (Doc. 321) is argued by Mr. Chapman and Mr. Kleindienst. The Court takes the motion Under Advisement.

The Court informs counsel 92 juror questionnaires have been returned. The Court will set up a time for counsel to review the questionnaires. The questionnaires must remain within the courthouse.

A Status Conference to address all outstanding motions and pretrial issues is scheduled for **3/6/2018 at 1:30 p.m. before Chief Judge Raner C. Collins.**

This hearing was held in open Court and the minute entry is not sealed.

Status Conference:   25 minutes

Start:  1:26 PM
Stop:   1:51 PM