**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Raner C. Collins | **Date:** April 11, 2018 |
| **USA v. Lonnie Ray Swartz** | **Case Number:** CR-15-01723-001-TUC-RCC (DTF) |

Assistant U.S. Attorney: Wallace Kleindienst/Mary Sue Feldmeier
Attorney for Defendant: Sean Chapman/Jaime Calle, Retained
Deputy Clerk: Sherry Gammon
Court Reporter: Candy Potter
Spanish Interpreter for victim's family: Sandy Frady

Defendant:   ☒Present   ☐ Not Present   ☒Released   ☐Custody   ☐ Summons   ☐ Writ

**JURY TRIAL – Day 14**

The jury enters at 9:35 a.m.
Defense witness Dr. Cyril Wecht is sworn and examined by Mr. Chapman.
Recess taken 10:49 a.m. – 10:59 a.m.
In absence of the jury, counsel and the Court discuss witness testimony.

The jury enters at 11:04 a.m.
Cross examination of the witness by Mr. Kleindienst.
12:31 p.m. – Redirect of the witness.

Lunch recess taken 12:46 p.m. – 1:33 p.m.
Defense witness Grant Fredericks is sworn and examined by Mr. Calle.
Defense exhibits 1460, 1457 and 1455 are admitted without objection.
Defense exhibits 1467, 1493, 1546, 1469, 1470, 1473, 1475, 1477, 1479, 1490, 1491, 1522 and 1523 are admitted without objection for demonstrative purposes only.

Proceedings recessed for the day at 3:00 p.m. Trial continues to **4/12/2018 at 9:30 a.m. before Chief Judge Raner C. Collins.**

>Jury Trial:  4 Hour  28 Minutes
>Start:  9:35 a.m.
>Stop:  3:00 p.m.