**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Raner C. Collins | **Date:** April 17, 2018 |
| **USA v. Lonnie Ray Swartz** | **Case Number:** CR-15-01723-001-TUC-RCC (DTF) |

Assistant U.S. Attorney:  Wallace Kleindienst/Mary Sue Feldmeier
Attorney for Defendant:  Sean Chapman/Jaime Calle, Retained
Deputy Clerk: Sherry Gammon
Court Reporter: Candy Potter
Spanish Interpreter for victim's family: Sandy Frady

Defendant:   ☒Present   ☐ Not Present   ☒Released   ☐Custody   ☐ Summons   ☐ Writ

**JURY TRIAL – Day 17**

The jury arrives at 9:30 a.m. to begin deliberation.

The Court receives a question from the jury at 11:05 a.m.
After consultation with counsel, the Court determines the defendant's testimony may be read back to the jury as requested in the jury question.

With counsel and the defendant present, the jury enters the courtroom at 11:48 a.m. The defendant's testimony of 4/9/2018 is read back to the jury by the Court Reporter.

Recess taken 12:20 p.m. – 12:30 p.m.
Read back of the defendant's testimony resumes.

The jury is excused from the courtroom at 2:14 p.m.
Deliberation continues. Lunch is provided to jurors while deliberating.

The jury is excused at 4:45 p.m. Jury deliberation continues to **4/18/2018 at 9:30 a.m. before Chief Judge Raner C. Collins.**

> Jury trial: 2 Hours 26 minutes
> Start: 11:48 a.m.
> Stop: 2:14 p.m.
> Jury deliberation time:  4 Hours  47 Minutes
> Start:  9:30 a.m. – 11:47 a.m.
> Stop:  2:15 p.m. - 4:45 p.m.