**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Raner C. Collins | **Date:** April 18, 2018 |
| **USA v. Lonnie Ray Swartz** | **Case Number:** CR-15-01723-001-TUC-RCC (DTF) |

Assistant U.S. Attorney: Wallace Kleindienst/Mary Sue Feldmeier
Attorney for Defendant: Sean Chapman/Jaime Calle, Retained
Deputy Clerk: Sherry Gammon
Court Reporter: Candy Potter
Spanish Interpreter for victim's family: Sandy Frady

Defendant: ☒Presence not required ☐Not Present
☒Released ☐Custody ☐ Summons ☐ Writ

**JURY TRIAL – Day 18**

The jury arrives at 9:30 a.m. to resume deliberation.

Lunch recess taken 11:45 a.m. – 12:45 p.m.
Lunch is provided to jurors.

1:40 p.m. – Jury question received. The Court consults with counsel in chambers with Mr. Chapman and Mr. Calle appearing telephonically and Mr. Kleindienst and Ms. Feldmeier present in chambers. The Court provides a written response to the jury.

2:26 p.m. – Jury question received. The Court provides a written response to the jury.

The jury is excused at 2:35 p.m. Jury deliberation continues to **4/20/2018 at 9:30 a.m. before Chief Judge Raner C. Collins.**

> Jury trial: 11 minutes
> Start: 1:40 p.m.
> Stop: 1:51 p.m.
> Jury deliberation time: 4 Hours 4 Minutes
> 9:30 a.m. – 11:45 a.m. and
> 12:46 p.m. – 2:35 p.m.