**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Raner C. Collins | **Date:** April 20, 2018 |
| **USA v. Lonnie Ray Swartz** | **Case Number:** CR-15-01723-001-TUC-RCC (DTF) |

Assistant U.S. Attorney:  Wallace Kleindienst/Mary Sue Feldmeier
Attorney for Defendant:  Sean Chapman/Jaime Calle, Retained
Deputy Clerk: Sherry Gammon
Court Reporter: Candy Potter
Spanish Interpreter for victim's family: Sandy Frady

Defendant:   ☒Present   ☐ Not Present   ☒Released   ☐Custody   ☐ Summons   ☐ Writ

**JURY TRIAL – Day 20**

The jury arrives at 9:30 a.m. to resume deliberation.

10:23 a.m. - Jury question received. After consultation with counsel, the Court provides the requested exhibit, defense exhibit 1538.

Lunch recess taken 11:30 a.m. – 12:30 p.m.
Lunch is provided to jurors.

1:10 p.m. – Jury question received.
2:02 p.m. – With counsel and the defendant present, the Court consults counsel during a bench conference.
The jury enters at 2:08 p.m.
The Court instructs the jury with an Allen charge.
The jury is excused at 2:11 p.m. to resume deliberation.

The jury is excused at 3:30 p.m. Jury deliberation continues to **4/23/2018 at 9:30 a.m. before Chief Judge Raner C. Collins.**

> Jury trial: 9 minutes
> Start: 2:02 p.m.
> Stop: 2:11 p.m.
> Jury deliberation time:  4 Hours  50 Minutes
> 9:30 a.m. – 11:30 a.m., 12:31 p.m. – 2:02 p.m.
> and 2:11 p.m. – 3:30 p.m.