UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

Lonnie Ray Swartz,
DEFENDANT.


FILED ___ LODGED
RECEIVED ___ COPY
APR 23 2018
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY S⎽⎽⎽⎽ DEPUTY

CR 15-01723-TUC-RCC (DTF)

Government's
**WITNESS LIST**

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Honorable Raner C. Collins | Sherry Gammon | Candy Potter |
| TRIAL DATE(S) March 20, 2018 - | PLAINTIFF ATTORNEY(S) AUSA Wallace H. Kleindienst AUSA Mary Sue Feldmeier | DEFENDANT ATTORNEY(S) Sean C. Chapman, Esq. Jim C. Calle, Esq. |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| | | 4/5/18 | 4/5/18  4/16/18 | Sarah Arrasmith, DHS OIG  Defense - 4/5/18  Government - 4/16/18 | |
| | | | | Wayne Billington, USBP Agent | |
| | | 3/22/18 | 3/22/18 | Corey R. Brown, USBP Agent | ✓ |
| | | 3/27/18 | 3/27/18 | Gerardo Carranza, USBP Agent | ✓ |
| | | 3/22/18 | 3/22/18 | Leo Cruz-Mendez, USBP Agent | ✓ |
| | | 3/23/18 | 3/23/18 | Joshua Devowe, USBP Agent | ✓ |
| | | 3/29/18 | 3/29/18 | Kevin Hecht, USBP Agent | ✓ |
| | | | | David Ledezma, USBP Agent | |
| | | | | Jerred Penfield, USBP Agent | |
| | | 3/22/18 | 3/22/18 | Roy Pierce, Jr., USBP Agent | ✓ |
| | | 3/27/18 | 3/27/18 + 4/5/18 | Jeff Plooy, USBP Agent | ✓ |
| | | | | Manuel Padilla, Jr., USBP Agent | |
| | | 3/23/18 | 3/23/18 | Stephen Porter, USBP Agent | ✓ |
| | | | | Greg Stearns, USBP Agent | |
| | | | | Bernard Vega, USBP Agent | |
| | | | | Ivan Vega, USBP Agent | |
| | | | | Mark Wactor, USBP Agent | |
| | | 3/21/18 | 3/21/18 + 3/22/18 | Shandon Wynecoop, USBP Agent | ✓ |
| | | 3/28/18 | 3/28/18 | Jesse Moore, USBP Evidence Collection Team | ✓ |

## WITNESS LIST CONTINUED

| United States of America v. Lonnie Ray Swartz | | | | CR 15-01723-TUC-RCC | pg. 2 |
|---|---|---|---|---|---|
| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
| | | 3/21/18 | 3/21/18 | Gary Weaver, USBP Information Technology | ✓ |
| | | | | Stephen Greene, CBP Fingerprint Examiner | |
| | | 3/21/18 | 3/21/18 | Quinardo Garcia, Nogales Police Officer (AZ) | ✓ |
| | | 3/23/18 | 3/23/18 | John Zuniga, Nogales Police Officer (AZ) | ✓ |
| | | | | Stacey Gutierrez, FBI Special Agent | |
| | | 3/27/18 | 3/27/18-3/28/18 | Michelle L. Terwilliger, FBI Special Agent | ✓ |
| | | via stip | 3/28/18 | Kelli E. Edmiston, FBI Fingerprint Examiner | ✓ |
| | | 4/2/18 | 4/2/18 | Francisco Aguilar Silveira<br>Sonoran State Police Officer (Mexico) | ✓ |
| | | 4/3/18 | 4/3/18 | Joel Jurado Gomez<br>Sonoran State Police Investigator (Mexico) | ✓ |
| | | 4/2/18 | 4/2/18 | Juan Pablo Espinosa Armenta<br>Nogales Municipal Police Officer (Mexico) | ✓ |
| | | 4/3/18 | 4/3/18 | Blas Cota Mendez<br>State of Sonora Criminologist (Mexico) | ✓ |
| | | 4/3/18 | 4/3/18 | Manuel Diaz Osuna<br>State of Sonora Biopharmaceutical Chemist (Mexico) | ✓ |
| | | 4/3/18 | 4/3/18 | Roberto Tapia Valdez<br>State of Sonora Prosecutor and Investigator | ✓ |
| | | 4/4/18 | 4/4/18 & 4/5/18 | Dr. Emma Lew<br>Chief Medical Examiner Miami Dade, Florida | ✓ |
| | | 4/4/18 | 4/4/18 | Dr. Javier Diaz Trejo<br>Chief Medical Examiner, State of Sonora, Nogales, Mexico | ✓ |
| | | 4/3/18 | 4/3/18 & 4/4/18 | Dr. Absalón Madrigal Godinez<br>Pathologist, Nogales, Son., Mexico | ✓ |
| | | 3/28/18 | 3/28/18 | Tom Bevel, Crime Scene Reconstructionist | ✓ |
| | | 3/23/18 | 3/23/18 | Cassandra Clarke, former AZ Nat'l Guard | ✓ |
| | | 3/21/18 | 3/21/18 | Gabe Duran, Int'l. Water & Border Comm'n. | ✓ |
| | | 4/2/18 | 4/2/18 | Allen Foraker, Use of Force Expert | ✓ |
| | | 3/28/18 | 3/28/18 | Lucien Haag, Firearms Expert | ✓ |
| | | 3/28/18 | 3/28/18 | Michael Haag, Crime Scene Reconstructionist and Firearms Expert | ✓ |
| | | 4/16/18 | 4/16/18 | Chad Steel, Computer Forensic Experts | ✓ |

## WITNESS LIST CONTINUED

| | | United States of America v. Lonnie Ray Swartz | | CR 15-01723-TUC-RCC | pg. 3 |
|---|---|---|---|---|---|
| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
| | | | 3/28/18 3/29/18 | James Tavernetti, Forensic Animator | ✓ |
| | | | 4/12/18 | Philip Phillip Trompetter, Police Psychologist | ✓ |
| | | | | Jorge Soto Dominguez, Judge of the Juvenile Trial Court, Nogales, Sonora, Mexico | |
| | | | | Carlos Molina Ley, Police Estatal Investigadora (PEI), Nogales, Sonora, Mexico | |
| | | | | Miguel Portillo Lugo, Municipal Preventive and Traffic Police, Nogales, Sonora, Mexico | |
| | | 4/5/18 | 4/5/18 | Cesar Barron | ✓ |
| | | 4/5/18 | 4/5/18 | Arturo Javier Gonzalez-Lopez | ✓ |
| | | 4/5/18 | 4/5/18 | Lourdes Elena | ✓ |
| | | 4/16/18 | 4/16/18 | Taide Elena | |