UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES
PLAINTIFF

v.

LONNIE SWARTZ
DEFENDANT


FILED ____ LODGED
RECEIVED ____ COPY
APR 23 2018
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Defendant's WITNESS LIST

CASE NUMBER: 15-cr-01723

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Raner Collins | Sherry Gammon | Candy Potter |
| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| March 20, 2018 | Wallace Kleindienst<br>Mary Sue Feldmeier | Sean Chapman<br>Jim Calle<br>Amy Krauss |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
|  | X |  |  | David Boyan |  |
|  | X |  |  | Travis Bradshaw |  |
|  | X |  |  | Corey Brown |  |
|  | X |  |  | Rossi Burton |  |
|  | X |  |  | CHS |  |
|  | X |  |  | Cassandra Clark |  |
|  | X |  |  | Scott Conners |  |
|  | X |  |  | Leo Cruz-Mendez |  |
|  | X |  |  | Dove Crawford |  |
|  | X |  |  | Joshua DeVowe |  |
|  | X |  |  | Javier Diaz-Trejo |  |
|  | X | 4/5/18 | 4/5/18 4/10/18 | Randy Downer |  |
|  | X |  |  | Lisa DiMeo |  |
|  | X |  |  | Rafael Escobar |  |
|  | X |  |  | Tyler Evenson |  |
|  | X | 4/11/18 | 4/11/18 4/12/18 | Grant Fredericks | ✓ |
|  | X |  |  | Allen Fuller |  |
|  | X |  |  | Quinardo Garcia |  |
|  | X |  |  | Joel Gomez |  |

| | | | Name | |
|---|---|---|---|---|
| X | | | Charlie Grant | |
| X | 4/9/18 | 4/9/18 | Aaron Hallert | ✓ |
| X | | | Weston Hayes | |
| X | 4/12/18 | 4/12/18 | Pete Hermansen | ✓ |
| X | 4/10/18 | 4/10/18 | Stuart James | ✓ |
| X | | | Henry Leventis | |
| X | 4/12/18 | 4/12/18 | Eugene Liscio | ✓ |
| X | | | Absolon Madrigal-Godinez | |
| X | 4/9/18 | 4/9/18 | Laurence Miller | |
| X | 4/5/18 | 4/5/18 | ▬▬▬▬ A.O. | ✓ |
| X | | | Manuel Padilla | |
| X | | | Jerred Penfield | |
| X | | | Roy Pierce | |
| X | | | Jeff Plooy | |
| X | | | Stephen Porter | |
| X | | | Robert Reynaga | |
| X | 4/12/18 | 4/12/18 | Gary Rini | ✓ |
| X | | | Karen Rolley | |
| X | | | Wayne Smith | |
| X | 4/5/18 | 4/5/18 | Jamal Srour | ✓ |
| X | | | Mark Wactor | |
| X | 4/11/18 | 4/11/18 | Cyril Wecht | ✓ |
| X | 4/10/18 | 4/10/18 | Aaron Wehrli | ✓ |
| X | | | Shandon Wynecoop | |
| X | | | John Zuniga | |
| X | 4/9/18 | 4/9/18 | Lonnie Swartz | |