FILED / RECEIVED
APR 23 2018
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Lonnie Ray Swartz,<br><br>　　　　Defendant. | No. CR-15-01723-TUC-RCC(DTF)<br><br>**JURY QUESTIONS DURING TRIAL** |

Jury questions during trial.

Day 2

SIR -

IN JULY 2017 I EMPLOYED RANDY DOWNER TO SUPPORT ME IN THE SEPARATION OF COMMUNITY PROPERTY RESULTING FROM MY DIVORCE. RANDY DOWNER IS AN INVESTIGATOR FOR THE DEFENSE. I AM VERY SORRY I DID NOT HEAR OR RECOGNIZE HIS NAME DURING JURY SELECTION.

I DO NOT BELIEVE THAT MY FORMER BUSINESS RELATION WITH MR DOWER WOULD IMPACT MY ABILITY TO FAIRLY AND IMPARTIALLY EXECUTE MY DUTY AS A JUROR.

THANK YOU

#41