


# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Lonnie Ray Swartz,

Defendant.

No. CR-15-01723-TUC-RCC(DTF)

**JURY QUESTIONS DURING TRIAL**

Jury questions during trial.

Day 3

in the video from Yesterday

Did you have your Weapon drawn when your back was to Agent Swartz?

yes

43

Is it an expectation and/or a directive as a B.P. officer to stay with someone who is climbing the fence till they reach the ground?

gos

How long was agent Wyncoop at Nogales station?

Yes

ARE WE TO ASSUME THAT THE PIECES OF CONCRETE ARE INTACT AS THROWN AND NOT FRAGMENTS OF A LARGER PIECE OF CONCRE ?

yes [illegible]

- Have you ever been with someone right after they had to discharge a gun in the line of duty?

- If yes do you recall how they reacted? [illegible]

- Prior to this event had you received any training on how an individual may react to having to discharge a gun in the line of duty?

[illegible]



The times that you had rocks thrown at you was it while you were trying to detain someone?

yes

- Have you worked with Agent Swartz prior to the night in question?

yes

- Was it a Personal choice to take cover?

yes

43

How do you know that the Individual standing on the other side of the fence was a Mexican official? yes

Is it common practice to back off?

yp's

→ ~~Have you ever been rocked before the night in question?~~

~~→ injured by rocks?~~

→ During the times you were rocked, did you feel like your life was in danger?

In the pictures the street seems well lit. Is this normal lighting or is the scene being lit by headlights, portable lights, etc ?

yes

Do all BP officers recieve basic training on what to do and what not to do when an area may need to be investigated.

yes

The photos that were taken of the body was there additional illumination being provided during those photos?

yes

Did you photo rocks ~~first~~

and ~~or~~ tape them?

bullet casings?

Yes

* At the time Did you or Do you know of anyone (from U.S) going to the MX side to take Photos or collect evidence?

* At the time, Were you the only one taking photos?

* ~~How many Rockings have you been involved with or Seen & how Did you respond?~~

Agent Pierce

How do you respond if someone throw a rocks on you -

And do you have any experience on this.

[signature]

-If the angle in the video is facing West, is the Camera on "camera pole facing east or West?

-Have you ever or since that night been Rocked? yes

-If yes, did you feel like your life or others were in danger? yes

-Have you worked with Agent Swartz prior to the events of that night? yes

-Is "deadly force" okay to use if you feel like your life is in danger?

no

Is it common practice for a B.P agent to focus on getting the drug verses the Smuggler

yes

* Other than Swartz Did you notice any other agents or officers ~~have~~ their gun drawn? yes

* Why are non-lethal weapons not made available to every agent? yes

* Have you ever drawn your weapon during a rocking? yes

* Do you know if the Dog Received Medical attention yes