FILED ___ LODGED
RECEIVED ___ COPY

APR 2 3 2018

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-15-01723-TUC-RCC(DTF) |
|---|---|
| Plaintiff, | |
| v. | **JURY QUESTIONS DURING TRIAL** |
| Lonnie Ray Swartz, | |
| Defendant. | |

Jury questions during trial.

Day 16

Can you identify the head of the deceased in the DR video?

NO