```
          FILED        LODGED
          RECEIVED     COPY

          APR 2 3 2018

       CLERK US DISTRICT COURT
         DISTRICT OF ARIZONA
    BY                      DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-01723-TUC-RCC(DTF) |
| Plaintiff, | |
| v. | **JURY QUESTIONS DURING DELIBERATION** |
| Lonnie Ray Swartz, | |
| Defendant. | |

Jury questions during deliberation.
Day 2

CAN WE PLEASE HAVE THE DEFENDANT'S TESTIMONY?

Juror 22

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| vs. | ) **ANSWER TO JURY QUESTION** |
| **Lonnie Ray Swartz,** | ) |
| | ) CASE NO. CR15-01723-TUC-RCC(DTF) |
| Defendant. | ) |

If you wish, you may have the testimony of the defendant, Lonnie Ray Swartz, read back to you in open Court, but you will not have a written transcript. Do you want the testimony read back to you?

*YES.   Juror 22*

Dated: 4/17/2018

_____
Honorable Raner C. Collins
Chief United States District Judge

  Because a request has been made for a read back of the testimony of Lonnie Ray Swartz it is being provided to you, but you are cautioned that all read backs run the risk of distorting the trial because of overemphasis of one portion of the testimony. Therefore, you will be required to hear all the witness's testimony on direct and cross-examination, to avoid the risk that you might miss a portion bearing on your judgment of what testimony to accept as credible. The read back could contain errors. The read back cannot reflect matters of demeanor, tone of voice, and other aspects of the live testimony. Your recollection and understanding of the testimony controls.

  Finally, in your exercise of judgment, the testimony read cannot be considered in isolation, but must be considered in the context of all the evidence presented.