FILED ✓   LODGED
RECEIVED ___ COPY

APR 2 3 2018

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-15-01723-TUC-RCC(DTF) |
|---|---|
| Plaintiff, | |
| v. | **JURY QUESTIONS DURING DELIBERATION** |
| Lonnie Ray Swartz, | |
| Defendant. | |

Jury questions during deliberation.
Day 3

WE DID NOT VIIEW

OR LISTEN TO:

332

333

335

#50                    4/18/18

Foreperson

VIDEO 1458

AUDIO HAS

"SHOTS FIRED FROM MEXICO"

48 SECONDS IN

COULD LONNIE SWARTZ HEAR THAT?

WAS HE ON THE SAME CHANNEL?

(44)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**Lonnie Ray Swartz,** )<br>)<br>Defendant. )<br>) | **ANSWER TO JURY QUESTION**<br><br>CASE NO. CR15-01723-TUC-RCC(DTF) |

The evidence has closed. Please rely on your notes and your own recollection.

4/18/2018

Sir,

We are deadlocked.

How long do we continue.

Juror 21

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **Lonnie Ray Swartz,**  Defendant. | **ANSWER TO JURY QUESTION**  CASE NO. CR15-01723-TUC-RCC(DTF) |

Please keep trying.

4/18/2018