FILED ___ LODGED
RECEIVED ___ COPY

APR 23 2018

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-15-01723-TUC-RCC(DTF) |
|---|---|
| Plaintiff, | |
| v. | **JURY QUESTIONS DURING DELIBERATION** |
| Lonnie Ray Swartz, | |
| Defendant. | |

Jury questions during deliberation.
Day 5

We continue to be deadlocked
Same since Tuesday afternoon.

what now?

Juror 21
Juror 22
Juror 20
Juror 40
Juror 25
Juror 55
Juror 15
Juror 29
Juror 47
Juror 32
JUROR 44
Juror 50

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**         ) | |
| )   | |
| Plaintiff,         ) | |
| )   | **ANSWER TO JURY QUESTION** |
| vs.         ) | |
| )   | CASE NO. CR15-01723-TUC-RCC(DTF) |
| **Lonnie Ray Swartz,**         ) | |
| )   | |
| Defendant.         ) | |

Please continue to deliberate.

4/23/2018

*[signature]*

Could we please see

exhibit 280 Chpt 4 pg 4

Use of force handbook

thank you

Juror 21

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| vs. | ) **ANSWER TO JURY QUESTION** |
| **Lonnie Ray Swartz,** | ) |
| | ) CASE NO. CR15-01723-TUC-RCC(DTF) |
| Defendant. | ) |

Please remember all the instructions the Court has given you. We are providing exhibit 280 in response to your question.

4/23/2018

We have continued to deliberate, and considered all the instructions we have been given. We have not singled out any part of the instructions or ignored any part either. ~~After~~ We have honest beliefs that are guiding our decisions, and feel to cross them would go against the instructions. We are deadlocked on the decisions. We have voted numerous times on a verdict, and returned the same results over and over since Tuesday of last week.

Juror 15          Juror 22
                  20
Juror 55          Juror 21
Juror 40          44
                  32
                  Juror 47
                  Juror 29
                  Juror 25

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ANSWER TO JURY QUESTION** |
| ) | |
| **Lonnie Ray Swartz,** ) | |
| ) | CASE NO. CR15-01723-TUC-RCC(DTF) |
| Defendant. ) | |
| ) | |

Do you believe with further deliberation you can reach a verdict in this case?

4/23/2018

No.

Juror 22