FILED _____ LODGED
RECEIVED _____ COPY

APR 2 3 2018

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-15-01723-TUC-RCC(DTF) |
|---|---|
| Plaintiff, | **VERDICT** |
| v. | |
| Lonnie Ray Swartz, | |
| Defendant. | |

We the jury, find the Defendant, Lonnie Ray Swartz, __Not Guilty__ of Second Degree Murder as charged in the Indictment.

_____50_____  _____4/17/18_____
Foreperson's Juror Number              Date