```
                                        FILED            LODGED
                                        RECEIVED         COPY

                                          APR 2 3 2018

                                        CLERK US DISTRICT COURT
                                     BY   DISTRICT OF ARIZONA
                                                         DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America,   | No. CR-15-01723-TUC-RCC(DTF) |
| Plaintiff,                  | **VERDICT**                  |
| v.                          |                              |
| Lonnie Ray Swartz,          |                              |
| Defendant.                  |                              |

If you have found the Defendant Not Guilty or are unable to agree on the charges of either Second Degree Murder or Voluntary Manslaughter, then you may consider the charge of Involuntary Manslaughter.

We the jury, find the Defendant, Lonnie Ray Swartz, _____ of Involuntary Manslaughter, a lesser included charge.

_____              _____
Foreperson's Juror Number                        Date