**AMENDED**
**DISTRICT JUDGE'S MINUTES**
**\*\*Amended to add statue for lesser included charges\*\***
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Raner C. Collins | **Date:** May 11, 2018 |
| **USA v. Lonnie Ray Swartz** | **Case Number:** CR-15-01723-001-TUC-RCC (DTF) |

Assistant U.S. Attorney:  Mary Sue Feldmeier
Attorney for Defendant:  Sean Chapman and Jaime Calle, Retained
Deputy Clerk: Sherry Gammon
Court Reporter: Tracy Jamieson

Interpreter: Sandy Frady assists victim's family

Defendant:   ☐ Present   ☒ Presence Waived   ☒ Released   ☐ Custody   ☐ Summons   ☐ Writ

**STATUS CONFERENCE:**

Matter comes before the Court on a Status Conference re: trial status. The Government will proceed to trial on the charges of Voluntary Manslaughter and Involuntary Manslaughter and requests a new trial date be set as early as practical.

**IT IS ORDERED** this matter is set for trial on Tuesday, **10/23/2018 at 9:30 a.m. before Chief Judge Raner C. Collins.**  The plea deadline is 10/5/2018.  Estimated length of trial is 4 weeks.  Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on 5/12/2018 and end on 10/23/2018. A Motion Hearing to address any outstanding motions is set for **7/30/2018 at 10:00 a.m. before Chief Judge Raner C. Collins.**

Thereafter, the Clerk is instructed to add the charges of Voluntary Manslaughter and Involuntary Manslaughter to the case, pursuant to Title 18 U.S.C. §1112, which is a lesser included charge in Title 18 U.S.C. §1111.

Status Conference: 5 minutes

Start:  10:00 AM
Stop:  10:05 AM