**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | No.  **CR-15-1723-TUC-RCC-DTF** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Tucson, Arizona |
| | ) | March 21, 2018 |
| **Lonnie Ray Swartz,** | ) | 10:54 a.m. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**BEFORE:  THE HONORABLE RANER C. COLLINS, JUDGE**

**REPORTER'S EXCERPTED TRANSCRIPT OF PROCEEDINGS**

**JURY TRIAL**
**DAY 2**

**(DEFENSE OPENING STATEMENT)**

Official Court Reporter:
Candy L. Potter, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 36
Phoenix, Arizona 85003-2151
(602) 322-7246

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1

2                          **A P P E A R A N C E S**

3

For the Government:
     U.S. Attorney's Office Tucson
4    By:  **Wallace Heath Kleindienst**, Esq.
         **Mary Sue Feldmeier,** Esq.
5    405 West Congress Street, Suite 4800
     Tucson, Arizona 85701
6

7    For the Defendant:
     Law Offices of Sean C. Chapman
8    By:  **Sean Christopher Chapman**, Esq.
     100 North Stone Avenue, Suite 701
9    Tucson, Arizona 85701

10   Law Office of Jim E. Calle
     By:  **Jamie Ernest Calle, III,** Esq.
11   2315 East Hawthorne Street
     Tucson, Arizona 85719

12

13

14

15

16

17

18

19

20

21

22

23

24

25

───Defense Opening Statement───

1      (The following excerpt is the defense opening statement.)

2           THE COURT:  We're going to take a brief recess so the

3      defense counsel can get set up to make their opening statement.

4           Five minutes, you think, Mr. Chapman?

5           MR. CHAPMAN:  That should be fine, Judge.  Thanks.          10:54:43

6           THE COURT:  Five minutes.

7      (Recess taken at 10:55 a.m., until 11:03 a.m.)

8           THE COURT:  The record will show the presence of the

9      jury, all counsel and the defendant.

10          Mr. Chapman, you may proceed.                              11:03:48

11          MR. CHAPMAN:  Thank you, Judge.

12          Good morning.

13          What you just heard bears no relation at all to what

14     it means to be a Border Patrol Agent working along this section

15     of the border.  It bears no relation at all to what really       11:04:10

16     happened that night and what Lonnie Swartz experienced.

17          We're going to hear a lot of evidence over the next

18     three weeks, four weeks.  You're going to hear that what -- the

19     sanitized way that the Government presented that -- their case

20     bears no relation to the truth.                                  11:04:34

21          The truth is, there's a conflict on the border.  And

22     there has been for a long time.  Drug smugglers try to get

23     their drugs over the border fence and into the U.S., Border

24     Patrol Agents try to stop them.

25          Smugglers actually have scouts, they have people on         11:05:00

UNITED STATES DISTRICT COURT

**Defense Opening Statement**

1    buildings with two-way radios in Mexico looking over to see

2    where law enforcement presence is.  And they have scouts in the

3    United States to help guide loads of marijuana and other drugs

4    into the country.  They have stash houses where they stash

5    their marijuana.  They have load vehicles.                    11:05:23

6         And what you're going to hear is that the area where

7    this event occurred is very close to I-19.  And if you've been

8    to Nogales you'll know that right as I-19 ends, you're very

9    close to the border.  And so what smugglers will do is they'll

10   go over the fence, they'll run as fast as they can, and they'll  11:05:46

11   run out to I-19.  And then a vehicle will stop, they'll throw

12   the marijuana in, and the vehicle will take off.

13        They have, as I said, scouts in Mexico.  They have

14   radios, Nextel phones that have a radio function so a scout can

15   come into the United States and say, hey, the Border Patrol is  11:06:10

16   over here.  Don't come over here, go over there.  Sometimes

17   they carry weapons.  They carry knives, they carry guns.

18        The marijuana that they transport is valuable.  A

19   pound of marijuana is worth $800.  The 22 pounds that you'll

20   find out were transported in this case had a street value of   11:06:43

21   about $19,000.

22        Smugglers can be desperate and violent when they're

23   pursued.

24        And I'm telling you all this because you need to

25   understand what was going through Lonnie Swartz's mind when     11:06:58

1  this event happened.  They can be desperate and they can be

2  violent when they're pursued.

3          Co-conspirators, like Mr. Elena Rodriguez, throw rocks

4  at agents to keep them away from the drugs or the smugglers.

5  The rock throwers, let's be very clear about this, they're a          11:07:20

6  part of the smuggling operation.  They're not people that are

7  walking home that are frustrated with American policies or

8  American presence on the international border that throw a

9  couple rocks to represent that frustration.  They're throwing

10  rocks to keep agents away.  They're trying to harm agents and          11:07:46

11  keep them away from the drugs they're trying to bring into the

12  United States.  It's that simple.  And it happens all the time.

13          The other reason why they throw rocks, and it's

14  important in this case, because they want to help the

15  individuals that have smuggled marijuana into the United States          11:08:10

16  escape back into Mexico.  So if those people are being pursued

17  like they were here, then they'll throw rocks at the agents to

18  keep them away.

19          Every day when agents like Agent Swartz go to work,

20  they put on bulletproof vests and they arm themselves against          11:08:32

21  possible attack.  They're not like us.  They don't work in an

22  office, they don't -- they expose themself to danger on a

23  regular basis, particularly along the international border.

24          At the beginning of the shift, which is called a

25  muster, they'll assemble and discuss specific threats that          11:08:57

---Defense Opening Statement---

1    exist that day, and the risks inherent in their job.  And

2    there's a reason for that.  They have a dangerous job.

3              Agents have been seriously injured by rocks in the

4    past.  One of the most dangerous areas is west of the DeConcini

5    Port of Entry, which is where this event occurred.  This is      11:09:28

6    where Agent Swartz and several other agents were assaulted and

7    where the shooting occurred.

8              On the American side there is a neighborhood and areas

9    of dense vegetation.  On the Mexican side there's a

10   neighborhood and businesses.  It's separated by a 20-foot iron   11:09:52

11   bollard fence that Miss Feldmeier spoke about.

12             This area is where there is a constant cat and mouse

13   game between drug smugglers and Border Patrol Agents, going

14   through the vegetation, going through the neighborhoods trying

15   to get their drugs in, and at the same time agents are trying    11:10:16

16   to stop them.

17             This is a diagram of kind of an aerial view of where

18   the -- where this event occurred.  And if I can, I'm going to

19   try to -- it's not working.

20             At the bottom of this picture is the international      11:10:42

21   border fence.  And then at the top is -- not at the top,

22   but -- so you have -- at the bottom you have the international

23   border fence, then you have West International, a street that

24   runs across the border, then you have the neighborhood that

25   we're talking about.  And then if we were to continue up above   11:11:03

—Defense Opening Statement—

1   this picture, shortly above, you'd see where I-19 passes by as

2   it goes into Nogales.

3        What drug smugglers will do quite frequently is they

4   will come into the vegetated area on the left side of the

5   picture and run back in there and hide and confer and wait          11:11:23

6   until they can get their drugs into Nogales or on a load

7   vehicle.

8        Smugglers -- and you're going to see a lot of pictures

9   of this fence.  It's a 20-foot high fence.  They can actually

10  get up and down with 20 pounds of drugs on their back in less       11:11:45

11  than 30 seconds.  One of them in this case was armed.

12        And, again, as I said before, rocks are thrown at

13  agents to keep them away from the smugglers.

14        Despite the suggestions of the prosecutor, rocks are

15  dangerous.  You take a rock this size, think about this, you        11:12:09

16  arch it over that fence and drop it onto an agent's face, what

17  do you think's going to happen?  It's going to kill him, it's

18  going to fracture his skull, or it's going to take an eye out.

19        So when you hear the Government -- and they will in

20  the next three or four weeks -- try to minimize the risk           11:12:32

21  inherent with a rock to -- smashed in your face, you think

22  about it.  This is not a game.  This is serious.  This is

23  dangerous.  And this happened.  This is what happened that

24  night.  It was a very real risk that Agent Swartz was facing

25  that night, and his fellow agents.                                  11:12:58

─── **Defense Opening Statement** ───

1    It's not a game.  It's serious.  It's business for the

2  drug cartels.  Rocks kill, rocks maim, rocks can crack a skull

3  or take an eye out or break a bone.  And there's nobody that

4  works for the Border Patrol that has to wait until a rock lands

5  on top of his head and cracks his skull before he responds.        11:13:28

6    There's a reason that rocks are dangerous, and it's

7  reflected in this photo.  This is a Border Patrol vehicle.

8  It's got wire protection caging all around it.  That's because

9  when they drive around by the border in this area, they get

10  rocked.  And if they don't have something like this, a rock can    11:13:58

11  fly through their windshield and injure them.

12    So don't let anybody suggest to you that rocks aren't

13  dangerous, or that the Border Patrol doesn't think they're

14  dangerous.  They are.

15    I want to talk to you a little bit about the training        11:14:18

16  that Agent Swartz received, the training that Border Patrol

17  receives on how to deal with getting rocks thrown at you,

18  rockings.

19    It's appropriate to use deadly force to respond if you

20  or a third person are in danger of serious or grievous bodily     11:14:35

21  injury.

22    Serious bodily injury is that which causes a

23  substantial risk of death, or extreme physical pain, or

24  protracted and obvious disfigurement, or protracted loss or

25  impairment of a bodily member, organ, or mental faculty.          11:14:58

1        This can cause that real fast.  (Indicating.)

2        Rocks can be deadly weapons.  That's what they're

3    trained.  They're trained to look out for them.  They're

4    trained to avoid them.  They're trained that they can cause

5    serious bodily injury or death.                              11:15:24

6        Rocks don't need to cause death to justify deadly

7    force though.  It's enough if an agent thinks, this rock is

8    going to break my arm if it lands on me, or fracture my hand or

9    what have you.  They don't have to make an assessment out in

10   the field that, okay, this one is big enough so that if it hits  11:15:48

11   me it's going to kill me.  They don't have to do that.  All

12   they have to do is make an assessment that they or some third

13   person is at risk of serious bodily injury.

14        Agents -- and this is really important conceptually to

15   think about.  Agents are allowed and sometimes required to use  11:16:12

16   deadly force to respond to rockings.  In other words, even

17   though a gun is more powerful than a rock -- and we may think,

18   well, how can you shoot somebody because he's throwing a rock

19   at him?  Even though a gun is more powerful than a rock, agents

20   are authorized to use their guns to respond in certain         11:16:36

21   situations.  That being, if the agent or someone else is at

22   risk of serious bodily injury.

23        This is the way they're trained.  Not just Agent

24   Swartz, this is the way they're all trained.  Some of us may

25   not like that.  But that's the law, and that's the training    11:17:00

1    that they receive.  And that's the law that existed back in

2    2012 when this happened, and that's the law that exists now.

3           The decision whether to use deadly force is not viewed

4    from the calm vantage of hindsight.  What that means is, it's

5    really for -- easy for all of us to think about what happened          11:17:33

6    in this nice courtroom.  It's not so easy to make a decision

7    when you're on the international border, it's dark, rocks are

8    flying over the fence, one hits an agent next to you, you can't

9    see where the other ones are coming from, and you make a

10   decision.                                                              11:17:58

11          And what that means is, it's not fair to Agent Swartz

12   or anyone else in a situation like this, to not think about it

13   in the context that he was in and the danger he was in, as

14   opposed to where we are right now in this beautiful courtroom.

15   Whether a decision to fire is reasonable must be viewed from          11:18:23

16   the perspective of that particular agent on the scene.

17          Different agents on the scene may perceive the threat

18   differently and both be correct in their actions.  Who is

19   making a critical decision when circumstances are tense and

20   frightening and unpredictable and rapidly evolving?  That's how       11:18:47

21   you have to think about this case when you assess the evidence.

22   What was going through his mind?  How much time did he have to

23   make a decision?  What could he see?  What could he perceive?

24          They're trained -- they're trained to respond with

25   deadly force to rocking instances.  The law allows it.               11:19:16

1      And let me talk to you about what's not required of an

2  agent or Agent Swartz.

3      Border Patrol policy does not require that agents take

4  cover, flat out does not require that.  It does not require

5  agents to stay away from the fence.  It does not require agents          11:19:41

6  to fail to protect third parties from harm.  It does not

7  require agents to run away in the face of a threat.  It does

8  not require agents to let smugglers bring drugs in the country

9  if somebody's throwing rocks at them, or to let smugglers

10  escape if someone is throwing rocks at them.                            11:20:09

11      Border Patrol policy does not require an agent to be

12  seriously injured by a rock before responding with deadly

13  force.  And in this context you need to think about -- you

14  haven't heard a lot about the facts, but -- and I'll talk about

15  it a little bit.  But imagine a situation where you're out,        11:20:34

16  it's dark, rocks are flying over the fence, and you can't see

17  exactly where they're going or where they're coming from.  You

18  can't see how big they are or how small they are.  You just

19  know that they're coming, because you hear them flying through

20  branch -- trees, and you hear them hitting the leaves, you hear    11:21:00

21  them landing on the sidewalk, you hear them landing in the

22  street.  And you're wondering, which one is going to hit me,

23  and how big is it going to be?  And what's it going to do?  Is

24  it going to take my eye out?

25      They don't have to wait.  It does not require that a           11:21:18

Defense Opening Statement

1    rock be a certain size.  A rock can be this size, it can be

2    bigger, it can be smaller.

3          It also doesn't require that an agent determine the

4    age of the assailant prior to using force against him.

5          So what happened that night?                    11:21:44

6          October 10th, 2012, Agent Lonnie Swartz and his fellow

7    agents were attacked by drug smugglers.  Jose Elena Rodriguez

8    was assisting them.  Agent Swartz was protecting himself and

9    fellow agents.  Mr. Rodriguez was hurling rocks at the agents

10   in an effort to help two drug smugglers that were trying to   11:22:12

11   escape into Mexico.  He was part of the smuggling operation.

12         The prosecutors are going to take weeks to put on

13   their case, but that's what it comes down to.

14         Who is responsible for the death of Mr. Rodriguez?

15   Mr. Rodriguez and the drug smugglers with him made a conscious  11:22:35

16   choice to put their own lives at risk by attacking these

17   agents.  Agent Swartz isn't responsible for that decision.

18         Let's talk about what Agent Swartz perceived that

19   night.

20         The prosecutor noted that Mr. Rodriguez is a young   11:22:55

21   man -- was a young man.  Lonnie didn't see a young man.  He saw

22   men throwing rocks at him and trying to injure him and his

23   fellow agents.

24         Mr. Elena Rodriguez was roughly five foot eight inches

25   tall.  He didn't look like a child.  He looked like a   11:23:22

—————— Defense Opening Statement ——————

 1  silhouette in Mexico that was throwing rocks at him, who was

 2  perfectly capable of injuring him or his companions.

 3          When Agent Swartz decided to fire his weapon, he was

 4  exposed to danger.  There was a Nogales Police Department

 5  officer nearby, he was exposed to danger.  Agent Wynecoop was                11:23:47

 6  also nearby, he was exposed to danger.  You'll hear testimony

 7  about that.

 8          Virtually every agent that responded was exposed to

 9  danger.  The Government's statement in their opening that they

10  were not is not correct.                                                     11:24:08

11          Think about this:  You're going to hear evidence that

12  Officer Zuniga was so alarmed, and he's a canine officer, so he

13  had a police dog there, that he dove for cover and literally

14  used his dog for a shield to protect him from the rocks.

15          All you have to do is listen to the tone of his voice,                11:24:35

16  and I'm going to play it in a second, the tone of his voice,

17  the panic in his voice that you're going to hear on the radio,

18  I'm going to play it, from when he realized they were getting

19  rocks thrown at them.

20          Agent Wynecoop, who was so concerned -- and he was                    11:24:52

21  close to Mr. Swartz.  He was so concerned about what happened

22  that he thought about his wife and his kids.  That's how

23  worried he was about getting rocked.

24          Listen to the tone of the voice of the first caller,

25  which is Agent Zuniga.                                                        11:25:22

1      (Video played.)

2           MR. CHAPMAN:  I'm not going to play the whole thing

3      for you for a good reason, because you're going to see it

4      probably 20 times during the trial.  I apologize in advance for

5      that.  But the videos are important in this case, and both        11:25:56

6      sides are going to be showing it to you.

7           That is a man that's scared.  He's frightened.  And

8      that's before any shots are fired.  He's scared.  We're getting

9      rocked, we're getting rocked.  Take cover, take cover.

10          This is a serious business.  It's not a game.  These         11:26:16

11     guys that work along the border put themselves in danger all

12     the time.  And this is just one example of it.

13          (Tape played.)

14          MR. CHAPMAN:  Now, Miss Feldmeier told you that none

15     of the agents were in danger when the rocks started coming        11:26:42

16     down.  I just want to play you a clip that will show you that

17     that's not true, that the -- when Agent Swartz approached the

18     fence and fired at the rock throwers, there were two other

19     agents in the street.  And we're going to have to look at this

20     a couple times so I can explain it to you.  But I'll play it      11:27:04

21     once and then I'll talk about it.

22          (Video played.)

23          MR. CHAPMAN:  Now, what you're seeing here in the

24     middle screen -- I mean, the big screen, is you can see Agent

25     Swartz approaching the fence and beginning to fire at the rock    11:27:21

─── Defense Opening Statement ───

1   throwers.

2        What you see in the upper left square, is Agent

3   Zuniga, who's still exposed.  He's not safe.  He's still on the

4   street.  Rocks are still landing around him at the moment that

5   Agent Swartz decided to use deadly force.                        11:27:43

6        So the idea that the agents weren't at risk when he

7   fired is just not true.

8        I'll play it one more time.  So if you try to look at

9   both Agent Swartz approaching the fence, and then the side

10  pictures, you'll see -- and I think Agent Wynecoop is also      11:28:16

11  behind Agent Zuniga.  If you look at the top left box you'll

12  see him.

13       (Video played.)

14            MR. CHAPMAN:  Now I froze it.

15       If you look above Officer Zuniga, you can also see        11:28:37

16  kind of a blurry outline.  I'm going to play it, and you'll see

17  that start to move.  And that's Agent Wynecoop, who is also at

18  risk in the street.

19       This is an illustrative exhibit to show you where

20  Agent Wynecoop was at the time of the shooting.  He was in the   11:29:07

21  street, he's represented by the figure with the red shirt.  And

22  then after the shooting -- or the rocking began, he was

23  behind -- he moved back to the sidewalk.

24       Again, this is where Zuniga was and Wynecoop when the

25  rocking began, they were at risk.                                11:29:38

Defense Opening Statement

1        What's really important for you to think about is

2   these red dots behind them are where rocks were recovered that

3   had been thrown from Mexico.  So they were well within the zone

4   of danger being created by the rock throwers in Mexico.

5        Here is another graphic.  At the top of the screen is       11:29:59

6   the international boundary fence.  And then you have Agent

7   Wynecoop represented by a red dot, first position, and then

8   second position.  And all those small dots around him are rocks

9   that were coming over the border.

10       Same thing for Agent Zuniga, is the green dot.  He          11:30:22

11  moves to the other side of his car.

12       Actually I said Agent Zuniga, it's Officer Zuniga.

13       The Government did what's called a Total Station,

14  where they did this 3D rendering of logging where all the rocks

15  were found and other items.  We incorporated that into this     11:30:50

16  exhibit just to show you, to give you an idea of where

17  agent -- Officer Zuniga was and where the rocks were landing.

18       Same thing for -- you're going to hear from an Agent

19  Joshua Devowe.  He's the purple dot.  He's well within the zone

20  that the rocks were landing.                                    11:31:13

21       Agent Plooy, same thing.

22       This is really interesting.  Nogales Police Department

23  Officer Quinardo Garcia and Agent Stephen Porter were pursuing

24  the two drug smugglers, and they followed them into this

25  vegetated area and then they stopped right here.  (Indicating.)  11:31:37

1   They were in this position where this yellow dot is at the time

2   the shooting happened.  What's really interesting is they could

3   hear rocks landing -- coming through the trees and landing

4   around them, that far away.

5          Border Patrol Agents are law enforcement officers.        11:31:56

6   They're not there to stand and observe illegal activity without

7   reacting to it.  They are basically a military organization

8   created to enforce federal law.  They generally wear

9   bulletproof vests and a sidearm all the time because they're

10  always at risk of attack.  Agents are at risk of violence all    11:32:23

11  the time.  They can get shot at, stabbed, rocked, you name it.

12          That's the mindset that they have.  That's the way

13  they're trained.  They're trained to think about and respond to

14  threats.

15          Conceptually it's really important for you to think       11:32:52

16  about that.  They don't think like we do, they think based on

17  their training.

18          And as I said before, somebody may say at some point,

19  how can you shoot somebody that's throwing a rock at you?

20  That's what they're trained to do.  That's encompassed in their   11:33:11

21  training.  And it's because something like this can do a great

22  deal of harm.  (Indicating.)

23          When Agent Swartz arrived at the scene he heard

24  Agent Wynecoop say that he was hit.  It turned out that

25  Agent Wynecoop had had a rock land on his foot -- or close        11:33:36

—Defense Opening Statement—

1   enough so that it landed and hit his foot after it landed.

2           Agent Swartz heard what he described as a hollow thud

3   of a large rock hitting a police dog that Officer Zuniga had.

4   The rock was described later as about a baseball-sized rock.

5           So he's standing there, there are roughly six, seven      11:34:04

6   law enforcement officers around.

7           And you'll find out that there were two drug smugglers

8   sitting on top of the fence trying to get back into Mexico.

9   One of them had a knife.

10          And he's standing there, he's just arrived, rocks are    11:34:22

11   coming out of nowhere.  He perceives -- hears that Agent

12   Wynecoop is hit.  He hears the sound of the dog getting hit.

13   He says, somebody's going to get really seriously injured.  He

14   had a second or so to decide what to do.

15          No Border Patrol Agent is required to stand there in     11:34:52

16   the dark to determine how big the rocks are, the age of the

17   individuals that are throwing rocks at them.  They have to make

18   a split-second assessment whether deadly force is necessary to

19   protect themselves or others.  Many times, but not always, that

20   decision leads to them taking cover or using what's called less  11:35:16

21   lethal force.  Sometimes it leads to the use of deadly force.

22          Agents in a similar situation can be in close

23   proximity, assess the situation differently, and both be right

24   based on their perception.

25          Another way to look at that is, you'll hear a lot of     11:35:43

──────── Defense Opening Statement ────────

1    testimony about this, agents have to make a decision that's

2    reasonable based on the threat.  Reasonable could be using less

3    lethal devices like pepperball, or deadly force, or taking

4    cover.  All three of those things could be within the spectrum

5    of what it's reasonable to do in any given situation.            11:36:08

6         Lonnie did not have three years to make a decision

7    like the prosecutors.  They waited three years to indict this

8    case.  He had a few seconds.  Rocks were still being thrown.

9    He had to decide what to do.

10        Now I'm going to show you another clip.  And I don't      11:36:38

11   know if you can see this or not, but I'm going to use the

12   cursor before I start playing this.  You see where the cursor

13   is?  The cursor indicates where two drug smugglers are.  One of

14   which is -- has an eight-inch double-edged bladed knife in his

15   back pocket.  These are two guys that had ran into the United    11:37:07

16   States, they dumped their marijuana because they were pursued

17   by agents, and then they ran back.  And they're the reason why

18   Mr. Elena Rodriguez and the other rock throwers were throwing

19   rocks at the agents, they were trying to help those guys get

20   back into Mexico.                                               11:37:27

21        So what you can see -- I'm going to play this clip --

22   is down in the lower left corner you can see at least three

23   people throwing rocks while this is going on.  And you can see

24   in the top Agent Swartz approaching the fence and responding to

25   those rock throwers.                                            11:37:53

1          I'll play that again.

2      (Video played.)

3          MR. CHAPMAN:  When he approaches the fence, they're

4    throwing rocks.

5      (Video played.)                                            11:38:21

6          MR. CHAPMAN:  I'll play it one more time.

7      (Video played.)

8          MR. CHAPMAN:  There's no question from this video that

9    at the time Agent Swartz used deadly force these guys were

10   hurling rocks over the fence and trying to hurt federal agents.   11:39:04

11   There's no question.

12          Let's talk a little bit about what Mr. Swartz did that

13   night.

14          He was actually working at the port, the -- I believe

15   it's the DeConcini Port of Entry.  And that is about 200 yards   11:39:24

16   from where the shooting happened, maybe more, maybe a little

17   bit longer.  He heard a radio call that these agents that were

18   pursuing the drug smugglers up the street needed help.  So he

19   heard that two smugglers were on the fence -- and I just showed

20   you where they were.  He knows this area, and the other agents   11:39:54

21   know this area and the dangers associated with it.

22          So he and Agent Wynecoop and Agent Porter, who you

23   will hear about in a second, decide to run up and help, from

24   the Port.  When Agent Swartz arrived, the two men were still on

25   the fence.  One had a double-edged eight-inch-long knife.       11:40:19

Defense Opening Statement

1   Nogales Police Officer Zuniga had his police dog with him.  And

2   there were agents back in the neighborhood that I showed you on

3   that diagram in the brush pursuing the drug smugglers who at

4   this point had dropped the marijuana.

5           Rocks started flying over the fence.  Wynecoop and

6   Zuniga were in the zone of danger.  According to the witnesses,

7   some of the rocks were baseball size and larger.  Swartz heard

8   Wynecoop say he was hit.  He heard a hollow thud and realized

9   the dog was hit also.

10          These agents are trained that rocks are deadly

11  weapons.  Swartz was placed in a situation where he had to do

12  something.  He had to stop the threat.  That's how they're

13  trained.

14          He approached the fence and he saw two rock throwers,

15  maybe more.  He was afraid that if he didn't do something one

16  of his fellow agents would be seriously hurt.  Didn't

17  immediately use deadly force, he yelled at them to stop.  They

18  didn't.  He responded as his training dictated with deadly

19  force to stop the threat.

20          And again, somebody may disagree about use of deadly

21  force for rocks, but that's how they're trained, that's how

22  they've been trained forever.

23          This is really important.  What less lethal means is,

24  I guess you'd say, weapons that aren't designed to kill

25  somebody.  So the Border Patrol has developed a couple

——Defense Opening Statement——

1   different types of weapons.  They've actually developed these

2   things that are called -- I think they're pepperball grenades

3   that you can throw and they explode and spray pepper spray

4   everywhere.  That's a less lethal device.

5           They also have this thing called a PLS Launcher that          11:42:46

6   fires pepperballs, again, to deter without killing someone.

7           But here's the problem:  Agent Swartz was working at

8   the Port that night, and at the Port agents aren't allowed to

9   have those less lethal devices with them.  All they're allowed

10  to have is their handgun.                                             11:43:14

11          And you'll hear that there were prior instances where

12  Agent Swartz was exposed to rocking events and threatened, and

13  he used less lethal devices because he had them available to

14  him.  He did not have them when this shooting occurred.

15          When he fired he saw one person start to fall.  He            11:43:36

16  changed his position and he fired on what he believed was the

17  second rock thrower.  It wasn't.

18          At this point Jose Elena Rodriguez, the first rock

19  thrower, was down on the ground dead.  One of the first three

20  shots went through his brain and basically killed him                 11:44:17

21  instantly.

22          It took about seven or ten seconds for Agent Swartz

23  to move to the second position.  Elena Rodriguez was already

24  dead when he got there.  The whole shooting event lasted no

25  longer than 30 seconds or so, and then it was over.                   11:44:38

1          Agent Swartz's perception of what he was seeing was

2     distorted by a number of factors.  He continued to fire on what

3     he believed was the second rock thrower, but it wasn't, it was

4     Mr. Elena Rodriguez.

5          Here are the factors:                                  11:45:04

6          Shooting event stress.  He was scared to death, scared

7     to death.

8          Lighting.  It was dark, it was hard to see through the

9     fence.

10          Natural obstructions.  Trees, vegetation, the fence.    11:45:25

11          Was it scary?  You bet.  And as I said before, all you

12     need to do is listen to those radio callouts with Officer

13     Zuniga that I played to you already.

14          After the shooting Lonnie walked over to a telephone

15     pole across the street and threw up.  That's how stressful and  11:45:56

16     scary this was.  He cried.  He wasn't celebrating that he had

17     just killed another human being.  He felt horrible.  But he did

18     what he had to do.

19          One of the first shots, not the one that killed him,

20     but another shot that was fired from that first position while  11:46:32

21     Mr. Rodriguez was still standing, entered near the thoracic

22     vertebra.  You're going to hear a lot about that shot during

23     the trial.  The head -- the shot to the head was instantly

24     fatal.  The shot to his thoracic was also fatal.

25          What's important for you to understand is that by the   11:46:58

Defense Opening Statement

1   time Lonnie took up the second firing position ten seconds

2   later, Mr. Rodriguez was dead.  So if you conclude at the end

3   of this trial that Agent Swartz made a mistake by firing at the

4   decedent from the second and third position, it doesn't matter,

5   he was already dead.                                          11:47:24

6        And the first shots from the first firing position

7   were legally justified, there's no question about that.

8        When he fired at Mr. Rodriguez he thought he was

9   shooting at a second rock thrower.

10       Give you some examples of the lighting.  Obviously      11:47:44

11  dark, obscure, dense vegetation.  Here's just an example of a

12  picture taken that night to reflect how dark it was and hard to

13  see.

14       This is the fence.  I think Miss Feldmeier showed you

15  a similar picture.  He's looking down through the fence,        11:48:05

16  through this vegetation, trying to target these rock throwers.

17       Now let's go into a little bit more detail in terms of

18  what the witnesses saw and heard.

19       Corey Brown, Border Patrol Agent.  He was assigned to

20  the Camera Pole, which is a little bit away from where the      11:48:43

21  shooting occurred.  There's a camera right on the border fence,

22  and he was parked there.  He described a, quote, good number of

23  rocks coming over.  He said a substantial sized rock hit the

24  police dog.  The rocks started coming over when the agents

25  found the marijuana that had been left by the smugglers.  There 11:49:08

—— Defense Opening Statement ——

1    were two guys on the fence, one with a large knife.

2         Agent Plooy, he was working the Port also.  He saw the

3    drug backpackers running south.  There had been another group

4    earlier -- about 15 minutes earlier, there had been another

5    group of drug backpackers crossed to the west.  He went to          11:49:38

6    assist.  There were two smugglers on the fence.  He went to

7    help find the bundles that they had left.  Rocks started coming

8    down in the middle of the street.  He saw the police dog get

9    hit by a large rock.

10        Wynecoop was in the street at this time and also got          11:49:59

11   hit on the foot.  He felt pretty safe.  He was in a vacant lot

12   across the street, but described the street as, quote, no man's

13   land, which is where Zuniga and Wynecoop were.  He warned the

14   others about the rocks.  At least a dozen rocks were thrown.

15   After the shooting Agent Swartz looked flustered and he threw          11:50:26

16   up.  He was very distraught.  He'll tell you that rocks are

17   thrown to distract law enforcement and help smugglers and their

18   drugs get back south.  He said that after the shooting there

19   were rocks all over the place.  He said that this area is known

20   for drug smuggling, and rockings are common.  They use caged          11:50:56

21   vehicles like the ones I showed you earlier.

22        Stephen Porter was working at the Port with Lonnie,

23   saw two packers cross the fence.  He and Wynecoop went with

24   Lonnie to assist.  He was searching for the dope when the

25   shooting happened.  While he was searching he heard yelling,          11:51:21

— Defense Opening Statement —

```
1    and then shots.  Saw a lot of rocks on the street next to the
2    vehicles.  He saw about 15 rocks from three inches to six to
3    eight inches long.  After the shooting Lonnie looked pale and
4    in shock.  He'll also say what I said, you can't bring less
5    lethal devices when you're working at the port.  The area of       11:51:48
6    the shooting is known for dope smuggling.  Smugglers are likely
7    to put up a fight to avoid apprehension.  They have more to
8    lose than undocumented aliens.  The area has dense vegetation
9    that smugglers use to hide.  Agents frequently use rock-proof
10   vehicles along the border.  Rocking is a buy-time tactic for      11:52:16
11   the smugglers.
12        If -- I want you to think about this:  If the
13   smugglers knew agents would retreat every time they were
14   rocked, agents would get rocked every time.  There's no rule
15   that you have to take cover when you're getting rocked.            11:52:43
16        This will come up in -- during the trial, rust on
17   shoes is an indicator of smuggling.  And the reason for that is
18   that the smugglers climb up and over this iron bollard fence
19   that is exuding rust.  And so they look for that.  The agents
20   look for that as an indicator that somebody's smuggling.           11:53:06
21        The reason why that's important, I'll talk about it in
22   a second, is because Mr. Elena Rodriguez had rust on his shoes,
23   very similar to the rust on these iron bollard fences.
24        Wynecoop, I talked about a lot.  He saw the
25   backpackers also cross over and run north.  When he arrived        11:53:31
```

1    they had climbed the fence and they didn't have the marijuana

2    bundles anymore.  He saw an eight-inch blade in the back pocket

3    of one of the backpackers.

4         Why would you have that if you were a backpacker?

5    Think about that.  It's representative of how dangerous it is      11:53:51

6    to enforce the law down there.  They don't have it to open

7    envelopes.  I mean, if you're smuggling $20,000 of drugs into

8    the country and you have a knife, it's to protect yourself.

9    And that makes it very dangerous for everyone else.

10        He was standing next to Officer Zuniga.  A rock hit           11:54:17

11   his foot and a rock hit the dog.  He heard Agent Swartz say,

12   stop throwing rocks.  The fence is 20 feet high.  Rocks were

13   going over when the shots were fired.  Multiple rocks landed on

14   the sidewalk.  He was scared.  He was thinking about his kids.

15   From the rocks.  I didn't want to get hit by a rock.  I have a     11:54:47

16   wife and kids.  He was in fear for his life.  He and Zuniga

17   were within the zone of danger.  He took cover behind a

18   mailbox.  Afterwards Agent Swartz looked flustered, he was

19   crying and he threw up.  There were baseball-sized rocks coming

20   over.  This area is a doper spot, it's where the smugglers come    11:55:26

21   over.  They're more dangerous than undocumented aliens.

22        If you think about it, undocumented aliens are

23   basically coming here to work.  But if you're smuggling

24   marijuana and you get caught you go to prison, that makes you

25   more dangerous.                                                    11:55:55

Defense Opening Statement

1    He was trained from the very first day, like all other

2    agents, that rocks are deadly weapons.  The very first day he

3    entered the Border Patrol he was told rocks are deadly weapons.

4    You're going to hear a lot of evidence in this case,

5    but there's no policy that mandates that agents take cover when         11:56:19

6    they're getting rocked.

7    I told you about Zuniga.  He said that people on the

8    Mexican side were yelling profanities at the agents.  Rocks

9    started falling down around him.  He saw one bounce on the

10   ground.  The rock throwers seemed to know exactly where to              11:56:43

11   throw.  He thought he was going to get hit.  They can see you

12   through the fence.  If you're running, they can see you

13   running.  He saw at least one rock in the air.  He dove into a

14   gully for protection.  He used his dog for cover.

15   And I'll talk about some of the other witnesses that                    11:57:17

16   are non-law enforcement.  There's a witness that we're going to

17   refer to as AO that lives along the border where this happened.

18   If you look at this picture again -- and I'll try to

19   bring my cursor to the area.  You have this long driveway.  And

20   she lives back in one of these houses back here.  So she lives          11:57:47

21   really close to the international border.

22   She says she knew Mr. Rodriguez because he grew up in

23   her neighborhood.  She saw him that night before the shooting

24   by her house on the American side.  He may have been pursued by

25   law enforcement officers.  This is before -- 15 minutes or so           11:58:16

---
Defense Opening Statement
---

1   before.

2           Another witness we're going to call Senor, he's an FBI

3   informant.  That's not his real name obviously.  He's been an

4   informant for the last seven years.  He's also worked for other

5   federal agencies as an informer.  He's considered to be a                    11:58:41

6   reliable witness by the FBI.  Over the years the FBI has paid

7   him over $220,000 for the information he's provided.  Part of

8   his job is to gather intel in Mexico about cartel activities.

9   He's highly valued.  Lives in Mexico.  The FBI likes him so

10  much they get him papers to allow him to work in the United                   11:59:20

11  States every day and then go back to Mexico, in addition to

12  paying him.

13          He heard about the shooting and he went to the scene.

14  He spoke to two of the rock throwers, one's name is El Pato,

15  that's not his real name, the other one is Chopin.  They said   11:59:41

16  they and Mr. Rodriguez were part of the smuggling operation.

17  They'd all been in the United States earlier as part of that

18  operation.  They made it back to Mexico and were throwing rocks

19  at the agents when Mr. Rodriguez was shot by Agent Swartz.

20          We're also going to call our investigator Randy                       12:00:06

21  Downer.  He'll tell you about the shoes and the clothing worn

22  by the decedent.  They have rust markings on them consistent

23  with climbing the fence.  Here is a picture of the shoes.  And

24  you can see the rust coloration on the inside of the front of

25  the shoe.                                                                      12:00:30

─ Defense Opening Statement ─

1          Why were the agents attacked that night?  Money.

2  Marijuana that was seized had a street value of $19,000.

3  Here's a picture of it.  Those are the two backpacks of

4  marijuana the smugglers were carrying.

5          This is a business venture.  That's what happened that   12:01:04

6  night.  It happens a lot.

7          As I said before, just 15 minutes earlier other

8  smugglers were spotted west of where this happened going in

9  doing the same thing.

10         They're organized.  Sometimes they have weapons.   12:01:30

11         And Mr. Rodriguez chose to participate in this violent

12  game.  He chose to throw rocks at the agents, rocks that could

13  kill or seriously injure.  He did that to help other drug

14  smugglers get away.  They're desperate.  They could go to

15  prison.  It's not a game for them.   12:01:59

16         In terms of Border Patrol policy and when to use

17  deadly force, I'm going to talk about that just a little bit.

18         I'm going to call a witness named Pete Hermansen.  He

19  up until last year was a very high-ranking official in the

20  Border Patrol.  He actually helped formulate the use of force   12:02:19

21  policy for the Border Patrol.  He is going to tell you the

22  following things:

23         Agents are taught to respond to deadly force with

24  deadly force.

25         Agents are taught that rocks are deadly weapons that   12:02:38

**Defense Opening Statement**

1   can cause death or serious physical injury based on proximity

2   and intent.

3          Agents don't have an obligation to retreat when being

4   rocked.  This decision is made on the event and agent

5   discretion.                                                    12:02:57

6          Agents' actions in shooting rocking events are

7   split-second decisions on whether to use deadly force or not.

8   Their conduct should be looked at in that context, not with the

9   benefit of 20/20 hindsight.

10          It is appropriate to use deadly force in the defense     12:03:19

11   of third parties if serious bodily injury or death can be

12   caused by the threat, whatever the threat is.

13          Agents are trained to fire until the threat is

14   eliminated.  They are not trained to wing a suspect or fire a

15   warning shot.                                                  12:03:42

16          In a hypothetical situation which occurs west of the

17   port of entry in Nogales, where this shooting occurred, if an

18   agent or agents are being attacked by several individuals on

19   the other side of the fence, and the agent perceives that he or

20   she or other persons are at risk of death or serious physical   12:04:02

21   injury, it is within the agent's discretion either to take

22   cover or to respond with deadly force.

23          Agents are generally trained not to retreat from

24   threats.

25          He'll also testify about drug cartels.  Spotters with    12:04:19

UNITED STATES DISTRICT COURT

—Defense Opening Statement—

1    radios or phones on the American side and Mexican side to

2    monitor the presence of Border Patrol in the area.  Runners,

3    individuals that carry drugs over the fence to a stash house.

4    Decoys, individuals who will get the agents chasing a small

5    amount of drugs while a larger load is brought in somewhere        12:04:44

6    else.  Individuals to assist the runners to escape back to

7    Mexico by creating a distraction.

8             You're also going to hear testimony from pathologists.

9    We have a pathologist, a Dr. Cyril Wecht.  He's been a

10   pathologist for over 50 years.  He's performed over 15,000        12:05:05

11   autopsies.  He still works in Pittsburgh and performs about 500

12   autopsies a year.  He's been asked to work on world-renowned

13   cases like the Kennedy assassination.

14            One of the first shots, according to Dr. Wecht, hit

15   Mr. Rodriguez in the head and was fatal, causing immediate        12:05:30

16   collapse.  From the first position Mr. Rodriguez was probably

17   hit in the thoracic vertebra as well.

18            By the way, I think that Miss Feldmeier may have

19   misstated in her opening and said that Mr. Rodriguez was shot

20   ten times in the head.  That's not correct.                       12:05:53

21            He was shot -- the shot we're talking about went in

22   behind his right ear and went through his brain.  The second

23   injury most likely occurred, the one to the thoracic vertebra,

24   within seconds of the first one, both while Mr. Rodriguez was

25   standing.                                                         12:06:20

─────────── Defense Opening Statement ───────────

1          The fatal injury occurred while Mr. Rodriguez was

2     standing because he had -- this is really important.  This is

3     going to be an important issue in this case.  He had injuries

4     to his outer hands and his face.  Meaning that when he fell he

5     had no control over his extremities.                                12:06:41

6          The reason why that's important, and the Government

7     didn't cover this in their opening, but I have to, is that

8     they're going to claim during the trial that Mr. Rodriguez was

9     still alive when he was on the ground.  It's just not true.

10    And the evidence that -- of the injuries on the backs of the      12:07:05

11    hands and the face prove that.  Because if he'd received any

12    other injury while he was standing he would have been able to

13    arrest his fall, stop his fall by putting his hands out and

14    stopping himself.

15         The injury to the brain was the only injury that could       12:07:23

16    have prevented him from doing that.  And it's evidence that one

17    of the very first shots from the very first position killed

18    Mr. Rodriguez.

19         And, again, they're going to say, or they may say that

20    the injury to the thoracic vertebra was the one that caused him   12:07:54

21    to collapse, fall.  But if that were the case he still would

22    have been able to use his arms to protect himself when he fell.

23         Mexican pathologists Dr. Diaz Trejo and Absalon

24    Godinez are going to testify.  When they were first interviewed

25    in 2014 they stated that they believed what the defense           12:08:21

UNITED STATES DISTRICT COURT

— Defense Opening Statement —

1   believes, which is that the fatal head shot occurred around the

2   time Mr. Rodriguez was standing and throwing rocks, and then he

3   collapsed.  They specifically rejected any theory beyond that.

4   For example, the theory that the Government may present to you

5   that he was still alive when he hit the ground.                    12:08:43

6        They agreed with Dr. Wecht that the abrasions on the

7   backs of the decedent's hands and his face were indications

8   that the head shot was first, causing the decedent to lose all

9   motor control, and thereby unable to arrest his fall to the

10  ground with his hands.                                             12:09:05

11       And that the injury to the thoracic vertebra would

12  have allowed Mr. Rodriguez to control his upper extremities

13  while he fell and protect himself from injury by putting his

14  arms out in front of him.

15       Now they've changed their opinions.  In 2016 they met    12:09:24

16  with the Government again.  And for whatever reason they're

17  saying that it's also possible that the injury solely to the

18  thoracic vertebra could have caused him to collapse.  You can

19  take that for -- you know, with a grain of salt.

20       I mean, they meet in 2014 with high-level officials       12:09:51

21  from the U.S. Government, the Mexican government, and they

22  basically say the defense theory is correct, they reject the

23  Government's theory.  And then as we get close to trial all of

24  a sudden they change their opinion.  And you guys can decide

25  for yourself what you think about that.                            12:10:10

─── Defense Opening Statement ───

1        But again, the reason this is important, I'm throwing

2   a lot of information at you, is that there's going to be an

3   argument in this case about when he died.  Because if you

4   decide that the first -- one of the first shots killed him when

5   deadly force was justified, and then you conclude that by the         12:10:37

6   time he was shot again seven seconds later or ten seconds later

7   from a different position, he was dead, then the fact that

8   Agent Swartz made a mistake and perceived or couldn't see

9   that -- he thought he was shooting at a second rock thrower,

10  but couldn't perceive correctly that this person was on the          12:11:03

11  ground, it doesn't matter in this context because he was dead.

12       The question is, was he legally justified when he

13  fired from that first position and killed him instantly?  And

14  the answer to that is yes.

15       The Government may present evidence, and I have to           12:11:21

16  address this because they didn't, that -- or a suggestion that

17  he was still alive on the ground when he was shot again.  So

18  that's why I'm spending all this time telling you about this,

19  because this is going to be an issue in this case.

20       They're going to present a video graphic expert named      12:11:41

21  Tavernetti.  They're going to claim that the video recreations

22  he did show the position of Agent Swartz and the body of

23  Mr. Rodriguez.  They're going to make the claim that

24  Mr. Rodriguez, according to the video, was moving on the

25  ground, still alive.                                                 12:12:14

—— Defense Opening Statement ——

1          What you're going to see is that his recreations are

2     art posing as science.  They're not reliable.

3          We'll offer testimony from two experts, James Liscio

4     and Grant Fredericks.  They will offer graphical

5     representations to you that are based on science.  They will          12:12:32

6     also, unlike, Mr. Tavernetti, explain the real limitations

7     associated with the available evidence in this case, that being

8     the video of the shooting.  They're not going to overreach and

9     claim to do or see something that they didn't see.

10          One final aspect I want to talk to you about.  This          12:12:53

11     case, the investigation conducted by the Government, has been

12     fraught with mistakes, mishaps, and incompetence, some on the

13     American side, some on the Mexican side.

14          That is important because it impacts the integrity of

15     the investigation.  It impacts the reliability of the evidence          12:13:22

16     that they're going to present to you.  And when you hear the

17     evidence, I want you to think about it.  We have a federal

18     agent on trial, and it's important that you consider these

19     mistakes in the context of how reliable their evidence is.

20          A video after the shooting from the American side is          12:13:44

21     trained on the Mexican crime scene and suggests that Mexican

22     officials tampered with the evidence by picking up three

23     unknown items of evidence and placing it in their pockets.

24          When the Mexican officials brought Mr. Rodriguez's

25     clothing to the United States, they brought the wrong clothing.          12:14:13

1    This is the box they brought.  Official looking with the case

2    number on it, sealed with evidence tape.  Open it up, the

3    clothing is wrapped in these bags, has labels on, it's all

4    official.  They unwrapped it and Mr. Kleindienst says, that's

5    not the clothing.  It's somebody else.                    12:14:41

6          It's a murder investigation.  They're trying to assist

7    the Federal Government and they can't even bring the right

8    clothing up for examination.

9          During the autopsy they didn't keep all the photos

10   they took.  The autopsy happened in Mexico.  They didn't keep   12:15:00

11   slides of the microscopic material, which they should have.

12         A Mexican official was seen at the scene kicking the

13   body.

14         The U.S. Government conducted interviews of the two

15   Mexican pathologists who are critical witnesses in this case    12:15:24

16   without recording it and without having Agent Arrasmith in the

17   room to document what they said.  It's unheard of.

18         As a result, two federal prosecutors that actually

19   worked on this case for the Government may have to be called by

20   the defense because they were present.  And if the pathologists  12:15:54

21   don't say what they said back then, I'm going to have to call

22   two federal prosecutors as impeachment witnesses.  It's unheard

23   of.

24         Use a tape recorder.  Have a case agent there.  Take

25   notes.                                                    12:16:13

1       This case never should have been brought.  Lonnie

2  Swartz was doing his job and attempting to defend his fellow

3  agents.  Lonnie made a decision based on his training, and it

4  was the right one.  The initial decision to shoot Mr. Rodriguez

5  was the right one.  Continued firing by him while he was on the     12:16:38

6  ground was due to a number of factors.  He was scared to death,

7  scared to death for himself and fellow agents.  The lighting

8  and the visibility and the stress of being involved in a

9  shooting event.

10       All you have to think about when I say that, is the          12:17:03

11  man, that after he had to take somebody's life, walked over to

12  a telephone pole across the street, started crying, and threw

13  up.  He wasn't celebrating.  He was doing what he thought was

14  right and what he had to do.

15       The decision that Mr. Rodriguez made when he joined          12:17:28

16  the smuggling operation and tried to assault federal agents is

17  what caused his death.  His decision to throw rocks made deadly

18  force necessary.

19       Thank you.

20     (Further proceedings held on the record not included in

21  this transcript.)

22

23                             -oOo-

24

25

——CR–15–1723–TUC–RCC – March 21, 2018 ——

1

2

3

4                    C E R T I F I C A T E

5

6         I, CANDY L. POTTER, do hereby certify that I am duly

7   appointed and qualified to act as Official Court Reporter for

8   the United States District Court for the District of Arizona.

9         I FURTHER CERTIFY that the foregoing pages constitute

10  a full, true, and accurate transcript of all of that portion of

11  the proceedings contained herein, had in the above-entitled

12  cause on the date specified therein, and that said transcript

13  was prepared under my direction and control.

14         DATED at Phoenix, Arizona, this 4th day of June,

15  2018.

16

17

18
                          s/Candy L. Potter_____
19                        Candy L. Potter, RMR, CRR

20

21

22

23

24

25

UNITED STATES DISTRICT COURT