**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Raner C. Collins | **Date:** October 23, 2018 |
| **USA v. Lonnie Ray Swartz** | **Case Number:** CR-15-01723-001-TUC-RCC (DTF) |

Assistant U.S. Attorney:  Wallace Kleindienst/Mary Sue Feldmeier
Attorney for Defendant:     Sean Chapman/Jaime Calle, Retained
Deputy Clerk: Sherry Gammon
Court Reporter: Erica McQuillen
Interpreter for victim's family: N/A for this proceeding only
Defendant:     ☒Present     ☐ Not Present     ☒Released     ☐Custody     ☐ Summons     ☐ Writ

**JURY TRIAL:**
9:00 a.m. – Counsel review the list of prospective jurors provided to the Court.
9:41 a.m. - In absence of the prospective jurors, counsel agree to alternating strikes with random selection of 4 alternates.

9:44 a.m. – The Court addresses a member of the public regarding the inability to accommodate seating the public in the courtroom during jury selection.

Prospective jurors enter the courtroom at 9:45 a.m.
Prospective jurors are sworn and voir dire commences.

Recess taken 10:47 a.m. - 10:54 a.m.
Voir dire resumes.

Lunch recess taken 12:00 p.m. – 1:00 p.m.
Voir dire resumes.

2:09 p.m. – Prospective jurors are excused to allow counsel to make strikes

The prospective jurors enter at 3:12 p.m. 16 jurors are selected.

Proceedings conclude at 3:32 p.m. Trial continues to **10/24/2018 at 9:30 a.m. before Chief Judge Raner C. Collins.**

                                                     Jury Trial:  <u>5 Hours 25 Minutes</u>

                                                     Start:  9:00 a.m.
                                                     Stop:  3:32 p.m.