**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Raner C. Collins | **Date:** November 19, 2018 |
| **USA v. Lonnie Ray Swartz** | **Case Number:** CR-15-01723-001-TUC-RCC (DTF) |

Assistant U.S. Attorney:  Wallace Kleindienst/Mary Sue Feldmeier (presence not required)
Attorney for Defendant: Sean Chapman/Jaime Calle, Retained (presence not required)
Deputy Clerk: Sherry Gammon
Court Reporter: Erica McQuillen
Spanish Interpreter for victim's family: Sandy Frady (presence not required)

Defendant:    ☒ Presence not required ☐ Not Present ☒ Released ☐ Custody ☐ Summons ☐ Writ

**JURY TRIAL – Day 15:**

The jury arrives at 9:30 a.m. to resume deliberation.

Lunch recess taken 11:30 a.m. – 12:30 p.m.

Recess taken 3:12 p.m. – 3:22 p.m.

The jury is excused at 4:55 p.m. Jury deliberation continues to 11/20/2018 at 9:30 a.m. before Judge Raner C. Collins.

Jury Trial:

Jury deliberation time: 6 Hour 15 Minutes
9:30 a.m. – 4:55 p.m.