FILED   LODGED
RECEIVED   COPY

NOV 2 1 2018

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Lonnie Ray Swartz,<br><br>        Defendant. | No. CR-15-01723-TUC-RCC(DTF)<br><br>**JURY QUESTIONS DURING TRIAL** |

Jury questions during trial.

Day 13

On a prior 3D video
shows agent Swarts at
the fence and the rock
throwers. In this depiction it
shows a rock thrower tossing
a rock between the 1st and 2nd
shot. Is this a true depiction

yes

THE CONCENTRIC CIRCLES OUTLINING
DISTANCES ARE STRAIGHT LINE. WAS
THERE ANY CONSIDERATIONS TAKEN FOR
ROCKS THROWN 14 FEET BELOW A
20 FOOT BORDER FENCE?

HEAD SHOTS

COULD TRAJECTORY LAND 2 HAVE
BEEN FIRED FROM THE SAME FIRING POSITION?
FROM 2 BEFORE 1?          YES


CAN YOU DETERMINE IF ROCKS WERE
THROWN FROM SEVERAL LOCATIONS?
                          YES

Exhibit 1499 appears to show
additional rocks along the
wall, or do you see them
as something else? yes

or would
Did your Rock throwing Range
be effected by the throwing side
elevation being lower than
where the Rocks were landing?
yes

What is a 'normal reasonable ↓amount of time for the gov to bring charges regarding the use of deadly force by a BP agent?

~~[illegible struck-through text]~~

~~[illegible struck-through text]~~

~~[illegible struck-through text]~~

In this incident if the Rocks
were landing on North side of
Vehicles, would it have been
safe in your opinion to take
Cover behind them? No

WERE THE 1713 ROCKINGS ONLY REPORTED
BECAUSE INJURY OR LESS THAN LETHAL
AND LETHAL FORCE WAS EMPLOYED?

NO

COULD NOGALES MUNICIPAL POLICE CONSIDER
THE AREA OF THE SHOOTING AS LOW
CRIME BECAUSE THE CRIMES ARE NOT
COMMITTED AGAINST MEXICAN CITIZENS?
YES

WHEN AN INSTRUCTOR USES A POWERPOINT
SLIDE, IS NOT THE INTENT TO STRESS
A MAIN POINT AND DISCUSS INFORMATION
~~WITH~~ CONCERNING THE MAIN POINT WITH
SCENARIOS AND ADDITIONAL GUIDANCE? N

HOW MANY OTHER AGENTS WERE PRESENT
WHEN YOU WERE ROCKED AND HAD TAKEN
COVER? DID YOU EVER DRAW YOUR
WEAPON IN A ROCKING SITUATION? YES
DID YOU EVER TAKE A THREAT POSTURE
TO PROTECT OTHERS? YES

IN YOUR EXPERIENCE
OF ROCKINGS, WERE YOU
EVER FEARFUL THAT THE
ROCKS COULD COME OVER
THE VEHICLE AND HIT YOU?
EVEN THOUGH YOU ~~TAKEN~~ INITIALLY
THOUGHT YOU ~~WERE~~ HAD TAKEN COVER? (Yll)

YOU WERE GIVEN CERTAIN INFORMATION CONCERNING THIS CASE, BESIDES DR MILLER'S AND AGENT SWARTZ'S TESTIMONY, WHAT OTHER INFORMATION WAS PROVIDED FOR REVIEW/ASSESSMENT FROM THE DEFENSE?

SINCE DR MILLER INTERVIEWED AGENT SWARTZ OVER 3 YEARS AFTER THE EVENT, WOULD THIS IMPACT THE VALIDITY OF HIS REPORT AND YOUR ASSESSMENT OF HIS REPORT?

DOES INFORMATION NOT INCLUDED IN DR MILLER'S REPORT MEAN THAT THE SEVERAL AREAS THAT YOU HAD ISSUES WITH WERE NOT ADDRESSED? IS A REPORT ALL INCLUSIVE OF EVERYTHING IN THE INTERVIEW?

ask 4u

Why did you not interview
Agent Swartz? then you could give or
make your own report as
well as ask questions to things
you had in DR Millers report
for the Prosacutions side              W

What does his reaction
after the shooting mean to
you? as in him crying and
throwing up.                    W

THAT YOU ARE AWARE OF

IS THERE EVIDENCE OF

OFFICERS SAYING SOMETHING

AFTER A SHOOTING

WITHOUT ANY RECOLLECTION?

ybr

COULD MISINTERPETATION OF SHADOWS FROM LIGHTING

ON BOTH SIDES OF THE BORDER CAUSED BY LIGHTING

OR ANOTHER ROCK THROWER NOT CAPTURED ON

VIDEO ALONG WITH THE MOVEMENT OF

AGENT SWARTZ HAVE CAUSED HIS PERCEPTION

OF THE THREAT?                            aN

NOTE THAT NO VIDEO EVIDENCE ADDRESSES THG

THREAT FROM AGENT SWARTZ'S FIRING POSITIONS.

ARE MOST OF THE INTERVIEWS CONCERNING OFFICER

INVOLVED SHOOTINS CONDUCTED CLOSE IN

TIME IN RELATION OF THE SHOOTINGS

yes

COULD A MISINTERPRETION OF SHADOWS FROM

LIGHTS FROM US SIDE OF BORDER AND MOVEMENT

OF AGENT SWARTZ IN ADDITION FIRING POSITIONS

CAUSED HIS PERCEPTION OF THE THREAT?

NOTE THE VIDEO EVIDENCE HAS NOT

TAKEN BY A BODY CAMERA FROM

AGENT SWARTZ'S POSITIONS?

HAVE YOU EVER ASSESSED AN INCIDENT

THAT INVOLVED A BORDER PATROL AGENT?

yes

Does your grandson
have children, if so
how many

Who was Jose living with?