# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Lonnie Ray Swartz,<br><br>   Defendant. | No. CR-15-01723-TUC-RCC(DTF)<br><br>**JURY QUESTIONS<br>DURING DELIBERATION** |

Jury questions during deliberation.
Day 3

Judge Collins,

Can you please clarify whether the charge of involuntary manslaughter wording for the 4th and 6th charge:

4th - Is this the same as the first charge for voluntary manslaughter? (Is it intended to mean the same thing, just worded differently?)

6th - Please clarify this is "Killing" with regard to where the gun was fired or where the victim fell? "Jurisdiction of Charge / Crime" →

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**            Plaintiff,        vs.  **Lonnie Ray Swartz,**            Defendant. | **ANSWER TO JURY QUESTION**  CASE NO. CR15-01723-TUC-RCC(DTF) |

The unlawfulness of the instruction is the same in both, just worded differently and the jurisdiction is based on where the shooting occurred, not where the victim died.

Dated this 20th day of November, 2018.

*/s/*

Judge Collins,

We are a hung jury (on both charges) and are unsure what the next steps are.

— Juror 19

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        )<br>                                                        )<br>              Plaintiff,         )<br>                                                        )<br>       vs.                                    )<br>                                                        )<br>**Lonnie Ray Swartz,**                  )<br>                                                        )<br>              Defendant.       )<br>_____) | **ANSWER TO JURY QUESTION**<br><br>CASE NO. CR15-01723-TUC-RCC(DTF) |

Please continue to deliberate.

Dated this 20th day of November, 2018.

*/s/ [signature]*

Judge Collins,

We have come to a firm decision that we, the jury, will not reach a unanimous verdict.

Juror 19

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>  )<br>           Plaintiff, )<br>  )<br>     vs. )<br>  )<br>**Lonnie Ray Swartz,** )<br>  )<br>           Defendant. )<br>  ) | **ANSWER TO JURY QUESTION**<br><br>CASE NO. CR15-01723-TUC-RCC(DTF) |

Could you please come back tomorrow and try again to reach a decision?

Dated this 20th day of November, 2018.

*[signature]*

Judge Collins,

We are all in agreement that we will not reach an agreement regardless of how much more time we spend deliberating.

— Juror 19

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ANSWER TO JURY QUESTION** |
| ) | |
| **Lonnie Ray Swartz,** ) | |
| ) | CASE NO. CR15-01723-TUC-RCC(DTF) |
| Defendant. ) | |
| ) | |

    Please come back tomorrow morning. The Court will have further instructions for you at that time.

Dated this 20th day of November, 2018.

*[signature]*