ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
wallace.kleindienst@usdoj.gov
mary.sue.feldmeier@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-15-01723-TUC-RCC (DTF) |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S NOTICE REGARDING VERDICT AND REQUEST TO VACATE HEARING |
| Lonnie Ray Swartz, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, states as follows:

On November 21, 2018, the jury returned a blank form of verdict on the charge of voluntary manslaughter and a finding of not guilty on the lesser included charge of involuntary manslaughter.

The government hereby gives notice that retrial on the voluntary manslaughter count is barred under the Double Jeopardy Clause of the Constitution based on the jury's verdict of acquittal on the lesser included offense of involuntary manslaughter. *See Price v. Georgia*, 398 U.S. 323, 331 (1970).

Wherefore, the United States of America respectfully submits that the prosecution in this matter has been terminated by the jury's finding of not guilty on the lesser included

charge of involuntary manslaughter and requests that this Court vacate the status hearing currently set for December 13, 2018.

The defense has been informed of this notice and request to vacate hearing and has no objection.

Respectfully submitted this 6th day of December, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

s/ Mary Sue Feldmeier

MARY SUE FELDMEIER
WALLACE H. KLEINDIENST
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 6th day of December, 2018, to:

Sean C. Chapman, Esq.
Jim Calle, Esq.