# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-01723-001-TUC-RCC (DTF) |
| Plaintiff, | **JUDGMENT OF ACQUITTAL** |
| v. | |
| Lonnie Ray Swartz, | |
| Defendant. | |

A jury trial having been held on the lesser included charges in the Indictment filed herein and presented against the above-named defendant charging violations of Title 18 U.S.C. §1112, Voluntary Manslaughter and Involuntary Manslaughter, and a verdict of Not Guilty having been returned as to the lesser included charge of Involuntary Manslaughter;

**IT IS ORDERED** the defendant, Lonnie Ray Swartz, is **ACQUITTED**, discharged from pretrial supervision and the personal appearance bond exonerated.

**IT IS FURTHER ORDERED** the Clerk shall close the case as follows: The defendant was found Not Guilty to the charge of Second Degree Murder as charged in the Indictment on April 23, 2018. The defendant was found Not Guilty to the lesser included charge in the Indictment of Involuntary Manslaughter on November 21, 2018. The lesser included charge in the Indictment of Voluntary Manslaughter is terminated.

Dated this 14th day of December 2018.

_____
Honorable Raner C. Collins
United States District Judge